# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: FKF Madison Park Group Owner, LLC, | : : : : | Chapter 7<br><br>Case No. 10-11867 (KG) |
| Debtor. | : | |
| In re: JMJS 23rd Street Realty Owner, LLC, | : : : : | Chapter 7<br><br>Case No. 10-11868 (KG) |
| Debtor. | : : | |
| In re: Madison Park Group Owner, LLC, | : : : | Chapter 7<br><br>Case No. 10-11869 (KG) |
| Debtor. | : : | |
| In re: Slazer Enterprises Owner, LLC, | : : : | Chapter 7<br><br>Case No. 10-11870 (KG) |
| Debtor. | : : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of **Jeff J. Friedman** to represent **iStar Tara LLC** in these matters.

Dated: June 15, 2010

Marc J. Phillips (No. 4445)
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801
Telephone: (302) 658-9141
Facsimile: (302) 658-0380
Email: mphillips@cblh.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

June 14, 2010

                                        Jeff J. Friedman, Esquire
                                        Katten Muchin Rosenman LLP
                                        575 Madison Avenue
                                        New York, NY 10022
                                        Telephone: (212) 940-8800
                                        Facsimile: (212) 940-8776
                                        Email: jeff.friedman@kattenlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                        _____
                                                                       United States Bankruptcy Court Judge

#784826v1