UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FKF Madison Park Group Owner, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 10-11867(KG) |
| In re: JMJS 23rd Street Realty Owner, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 10-11868(KG) |
| In re: Madison Park Group Owner, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 10-11869(KG) |
| In re: Slazer Enterprises Owner, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 10-11870(KG) |

## AFFIDAVIT OF IRA SHAPIRO

STATE OF NEW YORK    )

COUNTY OF ROCKLAND) SS.:

IRA SHAPIRO, being duly sworn, deposes and says,

1. I am the managing member of Slazer Enterprises, LLC., the Manager of all of the alleged debtors, FKF Madison Group Owner LLC (incorrectly named in the Involuntary Petition as "FKF Madison Park Group Owner, LLC"), JMJS 23rd Street Realty Owner LLC, Madison Park Group Owner LLC, and Slazer Enterprises Owner LLC (collectively referred to as the "One Madison TIC").

2. I make this affidavit in support of the motion to dismiss the Involuntary Petitions (attached as Exhibit A to the Motion to Dismiss).

595265.1 6/29/10

3. The alleged debtors FKF Madison Park Group, LLC, JMJS 23rd Street Realty Owner, LLC, Madison Park Group, LLC, and Slazer Enterprises Owner, LLC are each Delaware Limited Liability Companies that were formed for the single purpose of acquisition, ownership and development of a high rise condominium building located at 20-22 East 23rd Street, New York, New York.

4. That each of the alleged debtors at all relevant times are tenant in common owners of the real estate and now the balance of the property under the condominium regime. That the alleged debtors are commonly known and will hereafter be referred to as the "One Madison TIC".

5. That a building known as the One Madison Condominium has been substantially completed on the property. A declaration of condominium and seventeen amendments have been approved by the New York Attorney General's Office for sale of units at the One Madison Condominium. That title to several of the condominium units have been conveyed by the One Madison TIC. That there six families currently residing at the building.

6. In March 2009, Barbara Kraus and Mitchell Kraus, as tenants by the entirety executed a contract of sale with Park Madison for the purchase of Unit 23B (Tax Lot 1931) at the One Madison Condominium that I signed as managing member (attached as Exhibit C to the Motion to Dismiss).

7. On April 2009, Stephen Kraus executed a contract of sale with Park Madison for Unit 37A (Tax Lot 1950) at the One Madison Condominium that I signed as managing member (attached as Exhibit D to the Motion to Dismiss).

8. On October 28, 2009, Stephen Kraus and Park Madison Associates, LLC, a Memorandum of Agreement regarding the April 2009 37A Contract that I signed as managing member (attached as Exhibit E to the Motion to Dismiss).

9. On October 28, 2009, Stephen Kraus and Park Madison Associates, LLC, executed a Memorandum of Agreement regarding contracts executed same date for Units 28A and 28B (Tax Lots 1937 and 1938) in the One Madison Condominium (attached as Exhibit F to the Motion to Dismiss).

10. On October 28, 2009, Stephen Kraus and Park Madison Associates executed a ratification, reaffirmation and amendment agreement (attached as Exhibit G to the Motion to Dismiss).

11. On October 28, 2009 Stephen Kraus, the One Madison TIC and myself executed a Guarantee (attached as Exhibit H to the Motion to Dismiss).

12. In late January 2010, Stephen Kraus and Mitchell Kraus and I met at my offices at 14 West 23rd Street, New York, New York. Mr. Stephen Kraus and Mr. Mitchell Kraus, brought me deeds for Unit 23B conveying the aforementioned unit to Mitchell Kraus and Barbara Kraus as tenants by the entirety; a separate deed wherein the One Madison TIC conveyed Unit 37A to Stephen Kraus and a separate deeds wherein the One Madison TIC

conveyed Units 28A and 28B to Stephen Kraus as well as other recording documents. That Krauses asked me to sign the deeds and the other documents.

13. That I signed the deeds on behalf of the One Madison TIC and gave the Krauses the deeds and the other documents in satisfaction of the One Madison TIC's obligation under the contracts and other agreements.

14. That Slazer Enterprises and not the One Madison TIC entered into a contract on May 29, 2009 with the Creditor Kraus Hi-Tech Home Automation, Inc. listing specific apartments for which work would be performed (attached as Exhibit L to the Motion to Dismiss).

15. That on or about February 11, 2010, Creditor Kraus Hi-Tech Home Automation, Inc. filed a Notice of Mechanic's Lien (attached as Exhibit M to the Motion to Dismiss).

16. Accordingly, it is respectfully requested that this Court dismiss the Petitions.

Sworn to before me this
29th day of June, 2010

IRA SHAPIRO

MINERVA FRANZESE
Notary Public, State of New York
No. 01FR4858247
Qualified in Rockland County
Commission Expires May 5, 201Y