# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FKF Madison Park Group Owner, LLC, <br><br> Debtor. | ) Chapter 7 <br> ) <br> ) Case No. 10-11867(KG) <br> ) <br> ) |
| In re: JMJS 23rd Street Realty Owner, LLC, <br><br> Debtor. | ) Chapter 7 <br> ) <br> ) Case No. 10-11868(KG) <br> ) <br> ) |
| In re: Madison Park Group Owner, LLC, <br><br> Debtor. | ) Chapter 7 <br> ) <br> ) Case No. 10-11869(KG) <br> ) |
| In re: Slazer Enterprises Owner, LLC, <br><br> Debtor. | ) Chapter 7 <br> ) <br> ) Case No. 10-11870(KG) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
### (Joseph J. Haspel)

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Joseph J. Haspel** to represent the alleged debtors **FKF Madison Group Owner LLC (incorrectly named in the Involuntary Petition as "FKF Madison Park Group Owner, LLC"), JMJS 23rd Street Realty Owner LLC, Madison Park Group Owner LLC, and Slazer Enterprises Owner LLC** in the above captioned cases.



Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)
Email: mminuti@saul.com

*Counsel to FKF Madison Group Owner LLC, JMJS 23rd Street Realty Owner LLC, Madison Park Group Owner LLC, and Slazer Enterprises Owner LLC*

Dated: July 6, 2010

595374.1 7/6/10

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Revised Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

_____
Joseph J. Haspel
JOSEPH J. HASPEL, PLLC
40 Matthews Street, Suite 301
Goshen, NY 10924
Telephone: (845) 294-8950
Facsimile: (845) 294-3843
Email: jjhaspel@warwick.net

*Counsel to FKF Madison Group Owner LLC, JMJS 23rd Street Realty Owner LLC, Madison Park Group Owner LLC, and Slazer Enterprises Owner LLC*

Dated: July 6, 2010

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Joseph J. Haspel is granted.

_____
United States Bankruptcy Judge

Dated: July ___, 2010

2

595374.1 7/6/10