# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FKF MADISON PARK GROUP OWNER, LLC[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 10-11867 (KG) |
| In re<br><br>JMJS 23RD STREET REALTY OWNER, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 10-11868 (KG) |
| In re<br><br>MADISON PARK GROUP OWNER, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 10-11869 (KG) |
| In re<br><br>SLAZER ENTERPRISES OWNER, LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 10-11870 (KG)<br>**Related Docket No. 23** |

**DEBTORS' WITHDRAWAL OF MOTION TO DISMISS INVOLUNTARY PETITIONS, NOTICE OF NON-OPPOSITION TO ENTRY OF ORDER FOR RELIEF, AND JOINDER IN MOTION TO CONVERT CASES TO CHAPTER 11 CASES**

FKF Madison Group Owner, LLC, JMJS 23rd Street Realty Owner, LLC, Madison Park Group Owner, LLC and Slazer Enterprises Owner, LLC the alleged debtors in the captioned cases (collectively, the "Alleged Debtors"), respectfully represent as follows:

---

[1] The Debtors in these cases are: FKF Madison Park Group Owner, LLC (Case No. 10-11867); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868); Madison Park Group Owner, LLC (Case No. 10-11869); and Slazer Enterprises Owner, LLC (Case No. 10-11870).

1.      On June 8, 2010 (the "Petition Date"), involuntary chapter 7 petitions were filed in this Court against each of the Debtors by creditors Stephen Kraus, Mitchell Kraus, Barbara Kraus and Kraus Hi-Tech Home Automation, Inc. (the "Original Petitioning Creditors") thereby commencing against the Debtors involuntary chapter 7 cases (the "Cases"). Various creditors subsequently joined in the involuntary petitions.[2]

2.      On June 29, 2010, the Debtors filed a motion to dismiss the involuntary petitions (Docket No. 23) (the "Dismissal Motion").

3.      The Debtors hereby withdraw the Dismissal Motion, and do not intend to controvert the involuntary petitions or the entry of orders for relief in any of these Cases.

4.      Each of the Debtors further hereby joins in the motion of the Original Petitioning Creditors, filed contemporaneously with the filing of this withdrawal of the Dismissal Motion, to convert its Chapter 7 Case to a case under Chapter 11 of the Bankruptcy Code (the "Conversion Motion"), and requests immediate entry of the order on the Conversion Motion pursuant to its power and right to do so under Bankruptcy Code §706(a). In accordance with a conversion to Chapter 11 under Bankruptcy Code §706(a), none of these Cases previously has been "converted under section 1112, 1208, or 1307" of the Bankruptcy Code.

5.      This withdrawal of the Dismissal Motion, notice of intention not to oppose or controvert the entry of the orders for relief in each of these Cases, and joinder in the Conversion Motion has been provided to: (i) the Office of the United States Trustee; (ii) counsel to iStar; Tara, LLC; (iii) counsel to the receiver of the Alleged Debtors' property; (iv) counsel to the Petitioning Creditors; and (v) such other parties entitled to notice pursuant to Local Rule 9013-1(m).

---

[2] These creditors are: Joe Coffey, Harvey Schiller, Pace Plumbing, Gotham Greenwich Construction, LLC and Mad 52, LLC (the "Joining Creditors" together with the Original Petitioning Creditors, the "Petitioning Creditors")

CHI-60,474,850v2
DOCS_DE:165407.3

Dated: November 18, 2010  
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Signature/*

Richard M. Pachulski (CA Bar No. 90073)
Bruce Grohsgal (Bar No. 3583)
Jeffrey W. Dulberg (CA Bar No. 181200)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
 bgrohsgal@pszjlaw.com
 jdulberg@pszjlaw.com

[Proposed] Counsel to the Debtors

3

CHI-60,474,850v2
DOCS_DE:165407.3