# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FKF MADISON PARK GROUP OWNER, LLC<br><br>Alleged Debtor. | Chapter 7 Case No. 10-11867 (KG)<br>**Related Docket No. 115** |
| IN RE:<br><br>JMJS 23RD STREET REALTY OWNER, LLC<br><br>Alleged Debtor. | Chapter 7 Case No. 10-11868 (KG)<br>**Related Docket No. 107** |
| IN RE:<br><br>MADISON PARK GROUP OWNER, LLC<br><br>Alleged Debtor. | Chapter 7 Case No. 10-11869 (KG)<br>**Related Docket No. 108** |
| IN RE:<br><br>SLAZER ENTERPRISES OWNER, LLC<br><br>Alleged Debtor. | Chapter 7 Case No. 10-11870 (KG)<br>**Related Docket No. 113**<br><br>**Hearing Date: Dec. 2, 2010 @ 10:00 a.m.**<br>**Obj. Deadline: Nov. 18, 2010**<br>**(by agreement)** |

## DEBTORS' JOINDER IN PETITIONING CREDITORS' OBJECTION TO MOTION OF ISTAR TARA LLC FOR RELIEF FROM THE AUTOMATIC STAY

FKF Madison Group Owner, LLC, JMJS 23rd Street Realty Owner, LLC, Madison Park Group Owner, LLC and Slazer Enterprises Owner, LLC, the alleged debtors in the captioned cases (collectively, the "Alleged Debtors"), hereby join in the Objection (the "Objection") to Motion of iStar Tara LLC for Relief from the Automatic Stay (the "iStar Motion") filed by the Petitioning Creditors, Stephen Kraus, Mitchell Kraus, Barbara Kraus and

Kraus Hi-Tech Home Automation, Inc. (collectively, the "Petitioning Creditors"). The Alleged Debtors adopt, incorporate and join in the arguments made by the Petitioning Creditors in the Objection and request that the iStar Motion be denied.

Dated: November 18, 2010
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ Bruce Grohsgal
---
Richard M. Pachulski (CA Bar No. 90073)
Bruce Grohsgal (Bar No. 3583)
Jeffrey W. Dulberg (CA Bar No. 181200)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
       bgrohsgal@pszjlaw.com
       jdulberg@pszjlaw.com

[Proposed] Counsel to the Debtors