# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FKF MADISON PARK GROUP OWNER, LLC<br><br>Alleged Debtor. | Chapter 7 Case No. 10-11867 (KG)<br><br>Dkt. Ref. No. 114 |
| IN RE:<br><br>JMJS 23RD STREET REALTY OWNER, LLC<br><br>Alleged Debtor. | Chapter 7 Case No. 10-11868 (KG)<br><br>Dkt. Ref. No. 106 |
| IN RE:<br><br>MADISON PARK GROUP OWNER, LLC<br><br>Alleged Debtor. | Chapter 7 Case No. 10-11869 (KG)<br><br>Dkt. Ref. No. 107 |
| IN RE:<br><br>SLAZER ENTERPRISES OWNER, LLC<br><br>Alleged Debtor. | Chapter 7 Case No. 10-11870 (KG)<br><br>Dkt. Ref. No. 112 |

## ORDER CONVERTING CASES FROM CHAPTER 7 TO CHAPTER 11

Upon consideration of the Emergency Motion for Immediate Entry of Orders for Relief and Conversion of Cases from Chapter 7 to Chapter 11 (the "Motion");[1] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that

---

[1] Capitalized terms used but not otherwise defined herein shall carry the same meanings as ascribed to them in the Motion.

venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; ; and the Court having previously entered orders for relief in these chapter 7 cases; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED, that the portion of the Motion seeking conversion of the Chapter 7 Cases to cases under chapter 11 of the Bankruptcy Code is hereby GRANTED, and it is further

ORDERED, that the Chapter 7 Cases are hereby converted to cases under chapter 11 of the Bankruptcy Code; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: November 19, 2010  
Wilmington, Delaware

_____  
The Honorable Kevin Gross  
United States Bankruptcy Judge