UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: FKF Madison Park Group Owner, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-11867(KG) |
| In re: JMJS 23rd Street Realty Owner, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-11868(KG) |
| In re: Madison Park Group Owner, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-11869(KG) |
| In re: Slazer Enterprises Owner, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 10-11870(KG) |

## MOTION TO WITHDRAW AS COUNSEL TO THE ABOVE CAPTIONED DEBTORS

Saul Ewing LLP ("Saul Ewing") and Joseph Haspel, PLLC ("Haspel"), hereby jointly move (the "Motion") the Court, to the extent necessary, for an order pursuant to Rule 9010-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules") permitting Saul Ewing and Haspel to withdraw as counsel for each of the above captioned debtors (the "Debtors"). In support of this Motion, Saul Ewing and Haspel state as follows:

### Background

1. On June 8, 2010, Stephen Kraus, Mitchell Kraus, Barbara Kraus and Kraus Hi-Tech Home Automation, Inc. (the "Petitioning Creditors") filed involuntary bankruptcy petitions against the Debtors in this Court (the "Involuntary Petitions").

2. Saul Ewing and Haspel were engaged by the Debtors solely to pursue a motion to dismiss (the "Motion to Dismiss") the Involuntary Petitions.

3. During the pendency of the Motion to Dismiss, the following alleged creditors purported to join in the Involuntary Petitions: Dr. Harvey Schiller, Mr. Joe Coffey, Mad 52, LLC, Pace Plumbing Corp., Gotham Greenwich Construction Co., LLC and Rance Mashek and Tim Lin (collectively the "Joining Creditors").

4. By Memorandum Order dated September 3, 2010, the Court permitted certain of the Joining Creditors to join in the Involuntary Petitions.

5. By several stipulations and orders, the last of which was dated November 18, 2010, the deadline for the Debtors to challenge the merits of the Joining Creditors' claims was extended through and including November 18, 2010. In the event that the Debtors chose not to challenge the merits of the Joining Creditors' claims, the Debtors were to withdraw the Motion to Dismiss.

6. The Debtors did not instruct Saul Ewing and Haspel to challenge the merits of the Joining Creditors' claims by the November 18, 2010 deadline.

7. Late on November 18, 2010, Pachulski Stang Ziehl & Jones LLP ("PSZJ") entered an appearance in these cases for the Debtors and filed various pleadings, including a withdrawal of the Motion to Dismiss.

8. By orders dated November 19, 2010, the Court entered orders for relief in these cases and converted the cases from Chapter 7 to Chapter 11.

9. By letter dated November 22, 2010 (the "Green Bridge Letter"), counsel for Green Bridge Capital S.A. and Special Situation S.A., entities purporting to hold a 35% and 32.5% voting interest in Slazer Enterprises LLC ("Slazer"), the manager of several of the

Debtors, wrote to Saul Ewing and PSZJ challenging actions taken by Mr. Ira Shapiro on behalf of the Debtors. A copy of this letter is attached hereto as **Exhibit "A"** and incorporated by reference herein.

10. Meanwhile, PSZJ prepared and forwarded to Saul Ewing and Haspel an appropriate substitution of counsel form (the "Substitution of Counsel Form") to represent the Debtors. In light of the Green Bridge Letter, however, Saul Ewing and Haspel did not feel comfortable signing the Substitution of Counsel Form without Court approval.

### Relief Requested

11. By this Motion, Saul Ewing and Haspel seek entry of an order pursuant to Rule 9010-2 of the Local Rules permitting Saul Ewing and Haspel to execute the Substitution of Counsel Form, or in the alternative, permitting Saul Ewing and Haspel to withdraw as counsel for the Debtors.

### Basis for Relief Requested

12. Rule 9010-2(a) of the Local Rules permits the substitution of counsel by an appropriate substitution of counsel document coupled with a retention application of the proposed new professional. Rule 9010-2(b) of the Local Rules provides that when the withdrawal of an attorney will leave a party without a member of the Delaware bar appearing as attorney for the party, "no appearance shall be withdrawn except by order on a motion duly noticed to each party." Del. Bankr. L.R. 9010-2(b).

13. Saul Ewing's and Haspel's representation of the Debtors is concluded, as Saul Ewing and Haspel's representation was limited to pursuing the Motion to Dismiss. PSZJ has entered an appearance as proposed counsel for each of the Debtors going forward, and upon information and belief, will file an appropriate application to be retained. Even if Saul Ewing

and Haspel had originally been engaged to represent the Debtors beyond the Motion to Dismiss, the Green Bridge Letter evidences a disagreement among the principals of Slazer that would have otherwise precluded Saul Ewing and Haspel from providing effective representation going forward.

14. In these circumstances, it is appropriate to permit Saul Ewing and Haspel to withdraw as counsel to the Debtors in these cases either by (a) authorizing them to sign the Substitution of Counsel Form; or (b) entering an order authorizing their withdrawal.

## No Prior Request

15. No prior request for the relief sought in the Motion has been made to this Court or any other court.

## Notice

16. Notice of this Motion was provided to (a) PSZJ; (b) counsel to iStar Tara LLC, (c) counsel to the Petitioning Creditors and the Joining Creditors; (d) counsel to Green Bridge Capital S.A. and Special Situation S.A.; and those parties requesting notice pursuant to Rule 2002 of the Bankruptcy Rules.

WHEREFORE, Saul Ewing and Haspel respectfully request that the Court enter an order permitting Saul Ewing and Haspel to withdraw as counsel to the Debtors.

Dated: November 29, 2010

        SAUL EWING LLP

        */s/ Mark Minuti*

        Mark Minuti (DE Bar No. 2659)
        Lucian B. Murley (DE Bar No. 4892)
        222 Delaware Avenue, Suite 1200
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone: (302) 421-6840
        Facsimile: (302) 421-5873

        -and-

        Joseph Haspel, Esq.
        JOSEPH HASPEL, PLLC
        40 Matthews Street, Suite 301
        Goshen, NY 10924
        Telephone: (845) 294-8950
        Facsimile: (845) 294-3843