# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: FKF MADISON PARK GROUP OWNER, LLC  Debtor. | Chapter 11  Case No. 10-11867 (KG) |
|---|---|
| In re: JMJS 23RD STREET REALTY OWNER, LLC  Debtor. | Chapter 11  Case No. 10-11868 (KG) |
| In re: MADISON PARK GROUP OWNER, LLC  Debtor. | Chapter 11  Case No. 10-11869 (KG) |
| In re: SALZER ENTERPRISES OWNER, LLC  Debtor. | Chapter 11  Case No. 10-11870 (KG) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that McDonald's Corporation appears herein through its undersigned attorneys pursuant to Section 1109(b) of the United States Bankruptcy Code and United States Bankruptcy Rule 9010 and requests that all notices (including those required by Bankruptcy Rule 2002) in these cases and any related adversary proceedings be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned cases or any related adversary proceedings by mailing one copy of each, unless otherwise directed by the Court, to the following:

Paul Rubin, Esq.
John M. August, Esq.
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
prubin@herrick.com
jaugust@herrick.com

**PLEASE TAKE FURTHER NOTICE** that McDonald's Corporation does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

HERRICK, FEINSTEIN LLP


By:   /s/ John M. August
      John M. August
      HERRICK, FEINSTEIN LLP
      2 Park Avenue
      New York, NY 10016
      Telephone: (212) 592-1400
      Facsimile: (212) 592-1500
      jaugust@herrick.com
      Attorneys for McDonald's Corporation

Dated: November 30, 2010
       New York, New York