IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FKF MADISON PARK GROUP OWNER, LLC<br><br>Debtor. | Chapter 11 Case No. 10-11867 (KG) |
| IN RE:<br><br>JMJS 23RD STREET REALTY OWNER, LLC<br><br>Debtor. | Chapter 11 Case No. 10-11868 (KG) |
| IN RE:<br><br>MADISON PARK GROUP OWNER, LLC<br><br>Debtor. | Chapter 11 Case No. 10-11869 (KG) |
| IN RE:<br><br>SLAZER ENTERPRISES OWNER, LLC<br><br>Debtor. | Chapter 11 Case No. 10-11870 (KG) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON DECEMBER 2, 2010 AT 9:30 A.M.**

**UNCONTESTED MATTER:**

1. Motion to Withdraw as Counsel to the Above Captioned Debtors (Filed November 29, 2010; Docket No. 120 in 10-11867; Docket No. 112 in 10-11868; Docket No. 113 in 10-11869 and Docket No. 118 in 10-11870)

    **Related Documents:**

    (a) Motion for Expedited Consideration of Motion to Withdraw as Counsel to the Above Captioned Debtors (Filed November 29, 2010; Docket No. 121 in 10-

11867; Docket No. 113 in 10-11868; Docket No. 114 in 10-11869 and Docket No. 119 in 10-11870)

(b) [Signed] Order Granting Motion for Expedited Consideration of Motion to Withdraw as Counsel to the Above Captioned Debtors (Filed November 30, 2010; Docket No. 122 in 10-11867; Docket No. 114 in 10-11868; Docket No. 115 in 10-11869 and Docket No. 120 in 10-11870)

**Objection Deadline:** December 1, 2010 at 4:00 p.m.

**Objections/Responses:** None received at the time of the filing of this agenda.

**Status:** This matter is going forward.

Dated: November 30, 2010
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ Bruce Grohsgal
———————————————
Richard M. Pachulski (CA Bar No. 90073)
Bruce Grohsgal (Bar No. 3583)
Jeffrey W. Dulberg (CA Bar No. 181200)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
bgrohsgal@pszjlaw.com
jdulberg@pszjlaw.com

[Proposed] Counsel to the Debtors