# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |
|--|--|
| **Debtor:** | FKF Madison Park Group Owner, LLC |
| **Case Number:** | 10-11867-KG   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 02, 2010 09:30 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matters:

1) Motion to Withdrawal
   **R / M #:** 126 / 0

2) **ADM: 10-11868-KG**
   Motion to Withdrawal
   **R / M #:** 116 / 0

3) **ADM: 10-11869-KG**
   Motion to Withdrawal
   **R / M #:** 117 / 0

4) **ADM: 10-11870-KG**
   Motion to Withdrawal
   **R / M #:** 122 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -  ORDER SIGNED