# EXHIBIT C

## Chief Restructuring Officer's
## Affidavit of Disinterestedness

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FKF MADISON PARK GROUP OWNER, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11867 (KG)<br><br>(Joint Administration Pending) |

**AFFIDAVIT OF LEE E. BUCHWALD IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF LEE E. BUCHWALD AS CHIEF RESTRUCTURING OFFICER OF THE DEBTORS PURSUANT TO BANKRUPTCY CODE §363**

I, Lee E. Buchwald, being duly sworn, depose and say

1. I make this affidavit in support of the application for an order authorizing the captioned debtors and debtors in possession (the "Debtors") to employ and retain the undersigned as Chief Restructuring Officer ("CRO") of the Debtors, as of December 16, 2010. Unless otherwise noted, capitalized terms used in this Affidavit have the meanings ascribed in the Application.

2. I the founder and principal of Buchwald Capital Associates LLC ("BCA"), 380 Lexington Avenue, 17th Floor, New York, New York 10168-1799, Telephone: (212) 551-1040, Facsimile: (212) 656-1578.

---

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867) (3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868) (6651); Madison Park Group Owner, LLC (Case No. 10-11869) (3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870) 4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

3. BCA is an investment banking firm specializing in financial advisory services including with respect to chapter 11 cases.

   a. As CRO of the Debtors I will perform for the Debtors the services set forth on Exhibit A to the application to employ me as CRO, on the terms set forth therein.

4. Neither I nor BCA were engaged by the Debtors prior to the application. Neither I nor BCA has been paid a retainer or any compensation by the Debtors or any other party in connection with the application.

5. I have undertaken a thorough review of BCA's computerized database that contains the names of clients and other parties of interest with respect to certain matters. BCA has, or will, run the following parties through its conflicts system: (a) the Debtors; (b) the Debtors current officers; (c) the Debtors secured lenders; and (d) the Debtors twenty largest unsecured creditors. My investigation has not revealed any actual or potential conflicts of interest with respect to my proposed retention by the Debtors.

6. BCA and its counsel and associates may have in the past represented, may currently represent and likely in the future will represent creditors of the Debtors in connection with matters unrelated to the Debtors and these cases. BCA is not a creditor, equity security holder or an insider of the Debtors.

7. Neither BCA nor I, nor any employee of BCA or of me, is or was, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors, or consultant to the Debtors.

8. Neither BCA nor I, nor any employee of BCA or me has an interest materially adverse to the interests of the Debtors, their estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

9. To the best of my knowledge, except as disclosed herein, neither BCA nor I have any connections with the Debtors, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any insider of the Debtors.

10. BCA and I have represented, and will in the future represent, many different clients with various business interests in numerous industries. These clients are often referred to BCA or to me by intermediaries such as lawyers, investment bankers, lenders and accountants ("Referral Sources"). To the extent necessary, I will update the disclosure information from time to time if and when additional parties with an interest in or a relationship with the Debtors are identified by the Debtors, in writing, to me.

11. I am not related or connected to, and, to the best of my knowledge, no employee of BCA is related or connected to any United States Bankruptcy Judge or District Judge for the District of Delaware or the United States Trustee for the district of Delaware or to any employee in the offices thereof.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of December, 2010.

_____
Lee E. Buchwald