IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| FKF MADISON PARK GROUP OWNER, LLC, *et al.*,[1] | ) | |
| | ) | Case No. 10-11867 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON DECEMBER 30, 2010 AT 9:00 A.M.**

**All matters have been continued. Accordingly, the December 30, 2010 hearing at 9:00 a.m. Prevailing Eastern Time has been cancelled.**

**CONTINUED MATTERS:**

1. Debtors' Motion for Entry of Interim Order and Final Orders Pursuant to 11 U.S.C. Sections 105, 361, 362, 364(c)(1), 36((c)(2), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Post-Petition Secured Financing; (II) Granting Adequate Protection to Pre-Petition Secured Party and (III) Scheduling a Final Hearing (Filed December 10, 2010; Case No. 10-11867; Docket No. 145)

   **Objection Deadline:** December 16, 2010 at 10:00 a.m.

   **Objections/Responses:**

   (a) Objection of Green Bridge Capital S.A. and Special Situations S.A. to Debtors' (I) DIP Motion and (II) CRO Motion (Filed December 15, 2010; Docket No. 155)

   (b) Objection of iStar Tara LLC to Debtors' Emergency Motion to Approve Debtor in Possession Financing (Filed December 15, 2010; Docket No. 157)

   (c) Objection of Bovis Lend Lease LMB, Inc. to Emergency Motion to Approve Debtor in Possession Financing (Filed December 15, 2010; Docket No. 158)

   **Status**: This matter has been adjourned to January 10, 2011 at 11:00 a.m.

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867) (3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868) (6651); Madison Park Group Owner, LLC (Case No. 10-11869) (3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870) 4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

2. Debtors' Motion for Order (1) Appointing Chief Restructuring Officer and (2) Requiring Receiver to Deliver Immediately to the Debtors All Property of the Estate Pursuant to Section 543(b)(1) of the Bankruptcy Code (Filed December 10, 2010, Case No. 10-11867, Docket No. 146)

**Related Documents:**

(a) [signed] Order Pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L.R. 9006-1(e) Shortening the Time for Notice with Respect to Debtors' Motion for Order (1) Appointing Chief Restructuring Officer and (2) Requiring Receiver to Deliver Immediately to the Debtors All Property of the Estate Pursuant to Section 543(b)(1) of the Bankruptcy Code (Entered December 13, 2010; Case No. 10-11867; Docket No. 148)

(b) Notice of Hearing on Debtors' Motion for Order (1) Appointing Chief Restructuring Officer and (2) Requiring Receiver to Deliver Immediately to the Debtors All Property of the Estate Pursuant to Section 543(b)(1) of the Bankruptcy Code (Filed December 13, 2010; Docket No. 152)

(c) Supplemental Affidavit of Lee E. Buchwald in Support of Debtors' Motion for an Order Authorizing the Employment of Lee E. Buchwald as Chief Restructuring Officer of the Debtors Pursuant to Bankruptcy Code Section 363 (Filed December 16, 2010; Docket No. 162)

**Objection Deadline:** December 15, 2010 at 4:00 p.m.

**Objections/Responses:**

(a) Objection of Green Bridge Capital S.A. and Special Situations S.A. to Debtors' (I) DIP Motion and (II) CRO Motion (Filed December 15, 2010; Docket No. 155)

(b) Limited Objection of iStar Tara LLC to Debtors' Motion for Order (1) Appointing Chief Restructuring Officer and (2) Requiring Receiver to Deliver Immediately to the Debtors All Property of the Estate Pursuant to Section 543(b)(1) of the Bankruptcy Code (Filed December 15, 2010; Docket No. 156)

**Status**: This matter has been adjourned to January 10, 2011 at 11:00 a.m.

**STATUS CONFERENCE**:

3. Motion of iStar Tara LLC for Relief from the Automatic Stay to Foreclose on Mortgaged Property (Filed November 3, 2010; Docket No. 105 in 10-11867; Docket No. 97 in 10-11868; Docket No. 98 in 10-869 and Docket No. 99 in 10-11870)

**Objection Deadline:** November 18, 2010 at 4:00 p.m.

**Objections/Responses:**

(a) Objection of Petitioning Creditors to Motion of iStar Tara LLC for Relief from the Automatic Stay (Filed November 18, 2010; Docket No. 115 in 10-11867; Docket No. 107 in 10-11868; Docket No. 108 in 10-869 and Docket No. 113 in 10-11870)

(b) Debtors' Joinder in Petitioning Creditors to Motion of iStar Tara LLC for Relief from the Automatic Stay (Filed November 18, 2010; Docket No. 116 in 10-11867; Docket No. 108 in 10-11868; Docket No. 109 in 10-869 and Docket No. 114 in 10-11870)

**Status: The parties have agreed to reschedule the status conference on this matter to January 10, 2011 at 11:00 a.m.**

**CONTINUED TRO AND PRELIMINARY INJUNCTION MOTION**

4. Motion of Plaintiffs Green Bridge Capital S.A. and Special Situation S.A. for Temporary Restraining Order and Preliminary Injunction re: *Green Bridge Capital S.A. and Special Situation S.A. v. Ira Shapiro* (Filed December 15, 2010; A-10-56158, Docket No. 5).

**Related Documents:**

(a) Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction (Filed December 15, 2010; A-10-56158, Docket No. 6)

(b) Motion for Expedited Hearing and to Shorten Time for Notice and Hearing on Motion of Green Bridge Capital S.A. and Special Situation S.A. for Temporary Restraining Order and Preliminary Injunction (Filed December 15,2010; A-10-56158, Docket No. 7)

**Objection Deadline:** To be determined by the Court.

**Objections/Responses:** None to date.

**Status**: This matter has been adjourned to January 10, 2011 at 11:00 a.m.

Dated: December 28, 2010
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

Richard M. Pachulski (CA Bar No. 90073)
Bruce Grohsgal (Bar No. 3583)
Jeffrey W. Dulberg (CA Bar No. 181200)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
bgrohsgal@pszjlaw.com
jdulberg@pszjlaw.com

[Proposed] Counsel to the Debtors