IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON PARK GROUP | ) | |
| OWNER, LLC, *et al.*,[1] | ) | Case No. 10-11867 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Related Docket Nos. 192 & 193 |
| | | A-10-56158, Related Docket Nos. 48 & 49 |

## SECOND AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON JANUARY 10, 2011 AT 2:00 P.M.

## NOTE: COURT HAS CHANGED THE TIME OF THE JANUARY 10, 2011 HEARING FROM 11:00 A.M. TO 2:00 P.M.

### TRO AND PRELIMINARY INJUNCTION MOTION

1. Motion of Plaintiffs Green Bridge Capital S.A. and Special Situation S.A. for Temporary Restraining Order and Preliminary Injunction re: *Green Bridge Capital S.A. and Special Situation S.A. v. Ira Shapiro* (Filed December 15, 2010; A-10-56158, Docket No. 5).

   **Related Documents:**

   (a) Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction (Filed December 15, 2010; A-10-56158, Docket No. 6)

   (b) Motion for Expedited Hearing and to Shorten Time for Notice and Hearing on Motion of Green Bridge Capital S.A. and Special Situation S.A. for Temporary Restraining Order and Preliminary Injunction (Filed December 15,2010; A-10-56158, Docket No. 7)

---

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867) (3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868) (6651); Madison Park Group Owner, LLC (Case No. 10-11869) (3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870) 4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

**Objections/Responses:** None to date.

**Briefing Deadline:** January 9, 2011 at 3:00 p.m.

**Briefs:** To be filed.

**Status:** This matter is going forward.

## CONTESTED MATTER:

2. **Supplement to Motion of iStar Tara LLC for Relief from the Automatic Stay to Foreclose on Mortgaged Property and Request to Make Additional Protective Advances to be Granted Administrative Expense Priority (Filed January 6, 2011; Docket No. 191)**

    **Related Documents:**

    (a) Motion of of iStar Tara LLC for Relief from the Automatic Stay to Foreclose on Mortgaged Property (Filed November 3, 2010; Docket No. 105)

    **Objection Deadline:** November 18, 2010 at 4:00 p.m.

    **Objections/Responses:**

    (a) Objection of Petitioning Creditors to Motion of iStar Tara LLC for Relief from the Automatic Stay (Filed November 18, 2010; Docket No. 115 in 10-11867; Docket No. 107 in 10-11868; Docket No. 108 in 10-869 and Docket No. 113 in 10-11870)

    (b) Debtors' Joinder in Petitioning Creditors to Motion of iStar Tara LLC for Relief from the Automatic Stay (Filed November 18, 2010; Docket No. 116 in 10-11867; Docket No. 108 in 10-11868; Docket No. 109 in 10-869 and Docket No. 114 in 10-11870)

**Status:** This matter is going forward.

Dated: January 7, 2011
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ *signature*
---
Richard M. Pachulski (CA Bar No. 90073)
Bruce Grohsgal (Bar No. 3583)
Jeffrey W. Dulberg (CA Bar No. 181200)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
bgrohsgal@pszjlaw.com
jdulberg@pszjlaw.com

[Proposed] Counsel to the Debtors

54160-001\DOCS_DE:166806.1