# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | FKF Madison Park Group Owner, LLC, et al. | | |
| **Case Number:** | 10-11867-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 10, 2011 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## Matters:

1) Trial - (moved from 12/30/10)
   **R / M #:**   193 / 0

2) **ADV: 1-10-56158**
   **Green Bridge Capital S.A. vs Ira Shapiro**
   TRO & PRELIMINARY INJUNCTION
   **R / M #:**   49 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:

ALL MATTERS CONT'D TO TOMORROW AT 11:30 AM

#1 -
#2 -