# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | FKF Madison Park Group Owner, LLC, et al. |
| **Case Number:** | 10-11867-KG    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JANUARY 11, 2011 11:30 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## *Matter:*

Trial - cont'd from 1/10/11

**R / M #:**   0 /  0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 -  Cont'd to 1/20/11 and 1/21/11 @ 2:00 pm

#2 -  Interim relief granted for 2 weeks; cont'd to 1/20 @ 2:00 pm