UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-11867 (KG) |
| FKF Madison Park Group Owner, LLC, *et al.* | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |
| Debtors | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Wills Group Family Limited Partnership**

2. **Mr. Uri Sasson**

3. **Mr. Larry Adler**

         ROBERTA A. DeANGELIS
         United States Trustee, Region 3


         /s/ Jane M. Leamy, for
         T. PATRICK TINKER
         ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: January 20, 2011

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Bruce Grohsgal, Esquire, Phone: (302) 778-6403; Fax: (302) 652-4400