**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FKF MADISON PARK GROUP OWNER, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11867 (KG) |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that McDonald's Corporation ("McDonald's) hereby enters its appearance through counsel and, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and 11 U.S.C. § 1109(b), demands that all notices, pleadings and other documents filed in the above-referenced cases be given and served upon:

> Frederick B. Rosner, Esquire
> The Rosner Law Group LLC
> 824 Market Street
> Wilmington, Delaware 19801
> Telephone: (302) 777-1111
> Email: rosner@teamrosner.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, application, motion, petition, pleading, request, complaint or demand, or any notice thereof, whether formal or informal, whether written or oral, and whether conveyed or transmitted by mail, delivery, telephone, telegraph, facsimile, or otherwise, with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Notices and Papers, nor any subsequent appearance, pleading, proof of claim, other

writing or conduct shall constitute a waiver of McDonald's (a) right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) right to trial by jury in any proceeding as to any and all matters so triable; (c) right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity, under any agreement. All such rights are hereby reserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these cases.

Dated: February 7, 2011
       Wilmington, Delaware                 **THE ROSNER LAW GROUP LLC**

                                        */s / Frederick B. Rosner*
                                        Frederick B. Rosner (No. 3995)
                                        824 Market Street, Suite 810
                                        Wilmington, Delaware 19801
                                        Telephone: 302.777.1111
                                        Email: rosner@teamrosner.com

                                        *Local Counsel for McDonald's Corporation*