# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FKF MADISON PARK GROUP OWNER, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 10-11867 (KG) <br><br> Jointly Administered |

## NOTICE OF APPEARANCE ON BEHALF
## OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

PLEASE TAKE NOTICE, that ARENT FOX LLP and POLSINELLI SHUGHART PC hereby enter their appearance on behalf of the official committee of unsecured creditors (the "**Committee**") in the above-captioned cases. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the attorneys listed below hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, facsimile number, or electronic mail addresses set forth below:

| | |
|---|---|
| Schuyler G. Carroll, Esq. <br> Robert M. Hirsh, Esq. <br> **ARENT FOX LLP** <br> 1675 Broadway <br> New York, New York 10019 <br> Telephone: (212) 484-3955 <br> Facsimile: (212) 484-3990 <br> schuyler.carroll@arentfox.com <br> hirsh.robert@arentfox.com | Christopher A. Ward, Esq. <br> Shanti M. Katona, Esq. <br> **POLSINELLI SHUGHART PC** <br> 222 Delaware Avenue, Suite 1101 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 252-0920 <br> Facsimile: (302) 252-0921 <br> cward@polsinelli.com <br> skatona@polsinelli.com |

---

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867)(3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868)(6651); Madison Park Group Owner, LLC (Case No. 10-11869)(3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870)(4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall it be deemed to waive the Committee's, or its members': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) right to make any objection that may be made to jurisdiction of the Court; (v) right to have an attorney accept service of process or of a pleading or other paper initiating a contested matter; or (vi) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee, or its members, is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: February 7, 2011
      Wilmington, Delaware

**POLSINELLI SHUGHART PC**

  */s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

-and-

Schuyler G. Carroll, Esq. (*pro hac vice pending*)
Robert M. Hirsh, Esq. (*pro hac vice pending*)
**ARENT FOX LLP**
1675 Broadway
New York, New York 10019
Telephone:  (212) 484-3955
Facsimile:  (212) 484-3990
schuyler.carroll@arentfox.com
hirsh.robert@arentfox.com

PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS