IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON PARK GROUP | ) | |
| OWNER, LLC, *et al.*,[1] | ) | Case No. 10-11867 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related Docket Nos. 251, 252 & 253** |

## THIRD AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON FEBRUARY 8, 2011 AT 2:00 P.M.

## NOTE: HEARING WILL CONCLUDE PROMPTLY AT 5:00 P.M. (ET)

## CONTESTED MATTER:

1.  Debtors' Motion for the Appointment of a Chapter 11 Trustee or to Terminate Exclusivity (Filed January 20, 2011; Docket No. 212)

    **Objection Deadline:** February 1, 2011 at 4:00 p.m.

    **Objections/Responses:**

    (a) Response and Limited Objection of iStar Tara LLC to Motions of Debtors and Certain Petitioning Creditors for the Appointment of a Chapter 11 Trustee or to Terminate Exclusivity (Filed February 1, 2011; Docket No. 236)

    (b) Objections of Green Bridge Capital S.A. and Special Situation S.A. to the Motion of Ira Shapiro, Purporting to Act in the Name of the Debtors, for the Appointment of a Chapter 11 Trustee or to Terminate Exclusivity (Filed February 1, 2011; Docket No. 238)

    (c) Amended Response and Limited Objection of iStar Tara LLC to Motions of Debtors and Certain Petitioning Creditors for the Appointment of a Chapter 11 Trustee or to Terminate Exclusivity (Filed February 2, 2011; Docket No. 243)

    **Related Documents:**

    (a) Joinder by Ira Shapiro in Debtors' Motion for the Appointment of a Chapter 11 Trustee or to Terminate Exclusivity (Filed January 24, 2011; Docket No. 218)

---

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867) (3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868) (6651); Madison Park Group Owner, LLC (Case No. 10-11869) (3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870) 4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

(b) Statement by McDonald's Corporation in Support of Motions for the Appointment of a Chapter 11 Trustee or Termination of Exclusivity (Filed February 3, 2011; Docket No. 246)

(c) **Statement of the Official Committee of Unsecured Creditors in Support of Motions for the Appointment of a Chapter 11 Trustee and Termination of Exclusivity (Filed February 7, 2011; Docket No. 258)**

(d) **Omnibus Notice of Withdrawal of (I) Chapter 11 Plan [D.I. 160] and related Disclosure Statement [D.I. 159]; (II) CRO/Receiver Motion [D.I. 146]; (III) DIP Motion [D.I. 147]; and (IV) Debtors' Motion for the Appointment of a Chapter 11 Trustee or to Terminate Exclusivity [D.I. 212] (Filed February 7, 2011, Docket No. 259)**

**Status:** This matter is going forward.

2. Motion of Certain Petitioning Creditors for Order (I) Directing the Appointment of a Chapter 11 Trustee or (II) in the Alternative, Terminating the Debtors' Exclusive Rights to Allow the Filing of Competing Plans of Reorganization by Green Bridge Capital S.A. and Special Situation S.A., and New One Madison Park Member I, LLC (Filed January 31, 2011; Docket No. 224)

   **Objection Deadline:** February 1, 2011 at 4:00 p.m.

   **Objections/Responses:**

   (a) Response and Limited Objection of iStar Tara LLC to Motions of Debtors and Certain Petitioning Creditors for the Appointment of a Chapter 11 Trustee or to Terminate Exclusivity (Filed February 1, 2011; Docket No. 236)

   (b) Objection of Green Bridge Capital S.A. and Special Situation S.A. to the Kraus/Eichner Motion for Order (2) Directing the Appointment of a Chapter 11 Trustee; or (2) in the Alternative, Terminating the Debtors' Exclusivity Rights (Filed February 1, 2011; Docket No. 239)

   (c) Amended Response and Limited Objection of iStar Tara LLC to Motions of Debtors and Certain Petitioning Creditors for the Appointment of a Chapter 11 Trustee or to Terminate Exclusivity (Filed February 2, 2011; Docket No. 243)

   (d) **Debtors' Omnibus Objection to Motions of Certain Petitioning Creditors and the United States Trustee Requesting Entry of an Order (I) Directing the Appointment of a Chapter 11 Trustee, or (II) in the Alternative (A) Converting or Dismissing the Debtors' Cases; or (B) Terminating Exclusivity (Filed February 7, 2011; Docket No. 260)**

**Replies:**

(a) Reply of Certain Petitioning Creditors to Objection of Green Bridge Capital S.A. and Special Situation S.A. to the Kraus/Eichner Motion for Order (2) Directing the Appointment of a Chapter 11 Trustee; or (2) in the Alternative, Terminating the Debtors' Exclusivity Rights (Filed February 3, 2011; Docket No. 247)[2]

**Related Documents:**

(a) Statement by McDonald's Corporation in Support of Motions for the Appointment of a Chapter 11 Trustee or Termination of Exclusivity (Filed February 3, 2011; Docket No. 246)

(b) **Statement of the Official Committee of Unsecured Creditors in Support of Motions for the Appointment of a Chapter 11 Trustee and Termination of Exclusivity (Filed February 7, 2011; Docket No. 258)**

**Status:** This matter is going forward.

3. United States Trustee's Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee or in the Alternative, Entry of an Order Converting or Dismissing This Chapter 11 Case (Filed January 31, 2011; Docket No. 232)

**Objection Deadline:** February 7, 2011 at 4:00 p.m.

**Objections/Responses:**

(a) **Objection of Green Bridge Capital S.A. and Special Situation S.A. to the United States Trustee's Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee or in the Alternative, Entry of an Order Converting or Dismissing This Chapter 11 Case (Filed February 7, 2011; Docket No. 256)**

(b) **Debtors' Omnibus Objection to Motions of Certain Petitioning Creditors and the United States Trustee Requesting Entry of an Order (I) Directing the Appointment of a Chapter 11 Trustee, or (II) in the Alternative (A) Converting or Dismissing the Debtors' Cases; or (B) Terminating Exclusivity (Filed February 7, 2011; Docket No. 260)**

---

[2] The Reply of Certain Petitioning Creditors which was included on the original hearing agenda [Docket No. 251] was inadvertently dropped on the amended hearing agenda [Docket No. 252]. A copy of the Reply was included in the hearing binder sent to the Court.

**Related Documents:**

(a) [signed] Order Granting the United States Trustee's Motion to Shorten Notice (Entered February 1, 2011; Docket No. 234)

(b) Notice of United States Trustee's Motion for Entry of an Order Directing the Appointment of a Chapter 11 Trustee or in the Alternative, Entry of an Order Converting or Dismissing This Chapter 11 Case (Filed February 1, 2011; Docket No. 235)

(c) **Statement of the Official Committee of Unsecured Creditors in Support of Motions for the Appointment of a Chapter 11 Trustee and Termination of Exclusivity (Filed February 7, 2011; Docket No. 258)**

**Status:** This matter is going forward.

Dated: February 8, 2011
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ B. Grohsgal
Richard M. Pachulski (CA Bar No. 90073)
Bruce Grohsgal (Bar No. 3583)
Jeffrey W. Dulberg (CA Bar No. 181200)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
bgrohsgal@pszjlaw.com
jdulberg@pszjlaw.com

[Proposed] Counsel to the Debtors

54160-001\DOCS_DE:167632.1