# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FKF MADISON PARK GROUP OWNER, LLC, et al.,[1] | ) Case No. 10-11867 (KG) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: D.I. 218** |

## NOTICE OF WITHDRAWAL OF JOINDER BY IRA SHAPIRO IN DEBTORS' MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE OR TO TERMINATE EXCLUSIVITY

**PLEASE TAKE NOTICE** that on January 24, 2011, Ira Shapiro, personally, filed the Joinder by Ira Shapiro in Debtors' Motion for the Appointment of a Chapter 11 Trustee or To Terminate Exclusivity (D.I. 218) (the "Joinder").

**PLEASE TAKE FURTHER NOTICE** that the Ira Shapiro hereby withdraws the Joinder.

Dated: February 8, 2011
Wilmington, Delaware

_____
Ira Shapiro

4079477.1

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner, LLC (6399); JMJS 23rd Street Realty Owner, LLC (6651); Madison Park Group Owner, LLC (3701); and Slazer Enterprises Owner, LLC (4339). The Debtors' mailing address is 230 Congers Road, New City, NY 10920.