# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | FKF Madison Park Group Owner, LLC, et al. | | |
| **Case Number:** | 10-11867-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 08, 2011 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

OMNIBUS; Motion to Appoint Chapter 11 Trustee;  Status Conference re: Motion for Relief from Stay and Funding of the case.

**R / M #:**   263 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Motion Withdrawn
#2 -  Motion Denied - ORDER SIGNED
#3 -   Adjourned to - 2/25/11 @  10:00 am
IStar - Status Conderence -  Date Set 2/ 25 /11 @ 10:00 am