# United States Bankruptcy Court

## District of Delaware

In re  FKF Madison Park Group Owner, LLC_____,
Debtor

Case No. 10-11867 (KG)_____

Chapter 11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 130,000,000.00 | | |
| B - Personal Property | Yes | 3 | $ 6,290,825.52 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 8 | | $ 270,859,892.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 3,131,292.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $ 107,809,306.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | 38 | $ 136,920,826.00 | $ 381,800,490.00 | |

In re   FKF Madison Park Group Owner, LLC      ,          Case No.   10-11867 (KG)
              **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| One Madison Park 20-22 E 23rd St New York, NY  50 Story Condominium Building | Slazer Enterprises Owner LLC (78% tenant in common interest) Madison Park Group  Owner LLC (12%) JMJS 23rd St Realty Owner LLC (4%)  FKF Madison Group Owner LLC (6%) | | approx $130 million | $233,963,122 |
| | | | | |
| | | | | |
| | | | | |

Total ▶  approx $130,000,000

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re FKF Madison Park Group Owner, LLC _____,  Case No. 10-11867 (KG)
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Jonathan Newmann, Receiver,   HSBC Bank | | $ 41,124.52 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Jonathan Newmann Receiver HSBC Bank - 793-00489-6 Bank of America - Escrow Account held by Goldberg Weprin & Ustin | | $ 5,439,969 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Bovis Impress Account  Air Rights Deposit with L'Elysee Condominium from 27 E 22nd St | | $ 499,732  $ 347,000 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  FKF Madison Park Group Owner, LLC          ,          Case No.  10-11867 (KG)
                    **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Unknown; under investigation | | Unknown |

In re  FKF Madison Park Group Owner, LLC _____,     Case No.  10-11867 (KG) _____
                  **Debtor**                                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached   Total▶   $         6,290,825.52

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re   FKF Madison Group Owner LLC                ,        Case No.   10-11867 (KG)
                          **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| A. Esteban & Company Inc. 132 West 36th Street New York, NY 10018 | X | | 04/16/10 NY Supreme Court statutory lien | | | X | $50,841 | |
| | | | VALUE $ | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| Associated Real Estate Services, LLC 57 Pratt St. Suite 510 Hartford, CT. 06103 | X | | 05/18/09 NY Supreme Court statutory lien | | | X | $24,201 | |
| | | | VALUE $ | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| Atlantic Hoisting & Scaffolding LLC 330 North Henry St Brooklyn, NY 11222 | X | | 10/13/10 NY Supreme Court statutory lien | | | X | $71,092 | |
| | | | VALUE $ | | | | | |

___7___ continuation sheets
    attached

Subtotal ▶
(Total of this page)          $    146,134    $

Total ▶
(Use only on last page)       $              $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  FKF Madison Group Owner LLC_____,    Case No. _____
                 **Debtor**                                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Audrey Signs<br>167 81st Street<br>New York, NY 10024 | X | | 03/12/10<br>NY Supreme Court<br>statutory lien<br><br>VALUE $ | | | X | $43,002 | |
| ACCOUNT NO.<br><br>Bovis Lend Lease Inc<br>200 Park Avenue, 9th Fl,<br>New York, NY 10166 | X | | 09/17/10<br>NY Supreme Court<br>statutory lien<br><br><br>VALUE $ | | X | X | 10,244,429 | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Cantor Seinuk Group Inc<br>228 East 45th St, 3rd Fl<br>New York, NY 10017 | X | | 03/19/10<br>NY Supreme Court<br>statutory lien<br>VALUE $ | | | X | $333,811 | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no.__1__of__7__continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

| $ | $ |
|---|---|
| 10,621,242 | |
| $ | $ |
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re   FKF Madison Group Owner LLC                  ,        Case No.   10-11867 (KG)
                **Debtor**                                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Cetra/Cri Architecture PLLC <br> 584 Broadway <br> New York, NY 10012 | X | | 02/11/10 - $ 382,903 <br> 02/23/10 - $ 52,615 <br> 05/14/10 - $ 457,629 <br> NY Supreme Court <br> statutory lien <br> <br> VALUE $ | | | X | $893,147 | |
| ACCOUNT NO. <br> Delta Testing Laboratories Inc <br> 23 S. Macquesten Pkwy <br> Mt Vernon, NY 10550 | X | | 02/04/10 <br> NY Supreme Court <br> statutory lien <br> <br> VALUE $ | | | X | $24,778 | |
| ACCOUNT NO. <br> Five Star Electric Corp <br> 101-32 101st Street, <br> Ozone Park, NY 11416 | X | | 08/13/10 <br> NY Supreme Court <br> statutory lien <br> <br> VALUE $ | | | X | $918,660 | |
| ACCOUNT NO. <br> I-Star Tara LLC <br> C/O Ferdinand J Gallo <br> 575 Madison Ave <br> New York, NY 10022-2585 | X | | November 2007 <br> <br> VALUE $ | | | X | $233,963,122 | |
| ACCOUNT NO. <br> Installations of America II Inc <br> 2 Vandewater Street <br> Farmingdale, NY 11735 | X | | 04/19/10 <br> NY Supreme court <br> statutory lien <br> <br> VALUE $ | | | X | $44,822 | |

Sheet no.  2  of  7  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$  235,844,529

$

Total(s) ▶
(Use only on last page)

$                    $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  <u>FKF Madison Group Owner LLC</u> ,     **Case No.**  <u>10-11867 (KG)</u>
       **Debtor**                                   **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Israel Berger & Associates LLC 232 Madison Avenue New York, NY 10016 | X | | 06/03/10 NY Supreme Court statutory lien <br><br> VALUE $ | | | X | $32,451 | |
| **ACCOUNT NO.** Kraus Hi-Tech Home Automation Inc 33-01 Vernon Boulevard Long Island City, NY 11106 | X | | 02/11/10 NY Supreme Court statutory lien <br><br> VALUE $ | | | X | $927,752 | |
| **ACCOUNT NO.** | | | <br> VALUE $ | | | | | |
| **ACCOUNT NO.** Long Island Fire Proof Doors/LIF Industries Inc 5 Harbor Park Drive Port Washington, NY 11050 | X | | 09/17/10 NY Supreme Court statutory lien <br> VALUE $ | | | X | $17,185 | |
| **ACCOUNT NO.** MG Engineering PC 116 West 32nd Street, New York, NY 10001 | X | | 02/18/10 NY Supreme Court statutory lien <br> VALUE $ | | | X | $133,413 | |
| Sheet no. __3__ of __7__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (s)▶ (Total(s) of this page) | | | | $      $1,110,801 | $ |
| | | | Total(s) ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re    FKF Madison Group Owner LLC                    ,          Case No.    10-11867 (KG)
_____                          _____
              **Debtor**                                                      **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| New York Crane & Equipment 58-38 47th Street, Maspeth, NY 11378 | X | | 05/14/10 NY Supreme Court statutory lien | | | X | $1,288,404 | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| NYC Land Surveyors PC 200 Radcliff Road Staten Island, NY 10305 | X | | 02/25/10 NY Supreme Court statutory lien | | | X | $24,639 | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| P.C. Richard & Son Long Island Corp 150 Price Parkway Farmingdale, NY 11735 | X | | 08/04/10 NY Supreme Court statutory lien | | | X | $53,139 | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Papp Iron Works Inc 950 South Second Street, Plainfield, NJ 07063 | X | | 03/26/10 Ny Supreme Court statutory lien | | | X | $158,977 | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Petersen Geller Spurge Inc. 32 Hickory Lane Hudson, NY 12534 | X | | 04/06/10 NY Supreme Court statutory lien | | | X | $466,339 | |
| | | | VALUE $ | | | | | |

Sheet no.___4___of___7___continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$
   1,991,498

$

Total(s) ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**In re** FKF Madison Group Owner LLC          ,    **Case No.** 10-11867 (KG)
           **Debtor**                                          **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Port Morris Tile & Marble Corp<br>1285 Oak Point Avenue<br>Bronx, NY 10474 | X | | 10/14/10<br>NY Supreme Court<br>statutory lien<br><br>VALUE $ | | | X | $1,149,885 | |
| ACCOUNT NO.<br><br>Portfab LLC d.b.a. Wenig<br>230 Manida Street<br>Bronx, NY 10474 | X | | 04/22/10<br>NY Supreme Court<br>statutory lien<br><br>VALUE $ | | | X | $164,413 | |
| ACCOUNT NO.<br><br>R&J Construction Corporation<br>4435 Austin Boulevard<br>Island Park, NY 11558 | X | | 02/24/10<br>NY Supreme Court<br>statutory lien<br><br>VALUE $ | | | X | $650,775 | |
| ACCOUNT NO.<br><br>Rebar Lathing Corp<br>57-01 59th Street<br>Maspeth, NY 11378 | X | | 06/09/10<br>NY Supreme Court<br>statutory lien<br><br>VALUE $ | | | X | $473,754 | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Sheet no. 5 of 7 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s)▶
(Total(s) of this page)

$ 2,438,827

$

Total(s) ▶
(Use only on last page)

$

$

(Report also on
Summary of Schedules.)

(If applicable,
report also on
Statistical Summary
of Certain
Liabilities and
Related Data.)

In re   FKF Madison Group Owner LLC                ,        Case No.   10-11867 (KG)
          **Debtor**                                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Thomas Juul-Hansen LLC <br> 180 Lafayette St, 7th Fl <br> New York, NY 10013 | X | | 02/18/10 <br> NY Supreme Court <br> statutory lien <br><br> VALUE $ | | | X | $296,042 | |
| ACCOUNT NO. <br><br> Tractel Inc <br> 1615 Warden Avenue <br> Toronto, Ontario CA | X | | 10/25/10 <br> NY Supreme Court <br> statutory lien <br><br> VALUE $ | | | X | $249,557 | |
| ACCOUNT NO. <br><br> Val Floors Inc. <br> 555 Gotham Parkway <br> Carlstadt, NJ 07072 | X | | 02/03/10 <br> NY Supreme Court <br> statutory lien <br><br> VALUE $ | | | X | $762,253 | |
| ACCOUNT NO. <br><br> W&W Glass LLC <br> 302 Airport Executive Pk <br> Nanuet, NY 10954 | X | | 03/21/10 <br> NY Supreme Court <br> statutory lien <br><br> VALUE $ | | | X | $602,945 | |
| ACCOUNT NO. <br><br> Mad52 LLC <br> 590 Madison Ave <br> New York, NY | X | | 01/15/10 <br> Unit 52 <br> Collateral for a Note <br><br> VALUE $ | | | X | $5,000,000 | |

Sheet no.  6  of  7  continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal (s) ▶
(Total(s) of this page)

$
$6,910,797

$

Total(s) ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   FKF Madison Group Owner LLC                    ,    Case No.   10-11867 (KG)
                _____              _____
        **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lance Mashek & Tim Lin <br> 3251 Sea Shell Mound Blvd <br> Ft Meyers Beach, Fl 33931 | X | | May 2008 <br> Unit Deed 49b <br> Collateral for Notes <br><br> VALUE $ | | | X | $4,100,000 | |
| ACCOUNT NO. <br><br> Stephen & Mitchell Kraus <br> 33-01 Vernon Blvd <br> Long Island City, NY 11106 | X | | 02/14/10 <br> Contract of Sale Units <br> 28a, 28b, 37a and 23b <br><br> VALUE $ | | | X | $7,500,000 | |
| ACCOUNT NO. | X | | VALUE $ | | | X | | |
| ACCOUNT NO. | X | | VALUE $ | | | X | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no.__1__of__1__continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)► <br> (Total(s) of this page)   |  $  11,600,000  |  $

Total(s) ► <br> (Use only on last page)   |  $  270,859,892  |  $

(Report also on Summary of Schedules.)   |   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  FKF Madison Group Owner LLC ,  Case No. 10-11867 (KG)
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　*(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**In re** <u>FKF Madison Group Owner LLC</u>                ,      **Case No.**_____
                        Debtor                                                   *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    <u> 2 </u>   continuation sheets attached

In re  FKF Madison Group Owner LLC _____ ,   Case No. _____
_____                    (if known)
**Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by Individuals                    **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. Joseph, Brenda 120 Ludlow Lane Palisades, NY 10964 | X | | 09/12/07 | | | | $298,155 | $2,600 | $295,555 |
| Account No. Joseph, Emily PO Box 98 Sugar Loaf, NY | X | | 01/28/09 | | | | $199,590 | $2,600 | $196,990 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Subtotals▶ (Totals of this page) | | | | $ 497,745 | $ 5,200 | 492,545 |
| | | | Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

In re __FKF Madison Group Owner LLC__ ,    Case No. __10-11867 (KG)__
             **Debtor**                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by Individuals                                    **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Licalzi, Barbara<br>C/O Jay Bloomfield, esq<br>90 Broad St<br>New York, NY 10004 | X | | 06/19/07 | | | | $210,435 | $2,600 | $207,835 |
| Account No.<br><br>Schoniger, Richard<br>100 West 18th St #19b<br>New York, NY 10011 | X | | 10/11/07 | | | | $1,192,677 | $2,600 | $1,190,077 |
| Account No.<br><br>Masheck, R<br>3251 Sea Shell Mound Blvd<br>Ft Meyers Beach, Fl 33931 | X | | 07/02/07 | | | | $510,000 | $2,600 | $507,400 |
| Account No.<br><br><br> | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ (Totals of this page) | $ 1,913,112 | $ 7,800 | 1,905,312 |
| Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 3,131,292 | | |
| Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 18,200 | $ 3,113,092 |

B 6F (Official Form 6F) (12/07)

In re  FKF Madison Group Owner LLC                    ,        Case No.  10-11867 (KG)
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  13-31 E 22nd St 13--31 E 22nd St New York, NY | X | | Case # 601332/2009 05/04/09 NY Supreme Court Ny County | X | X | X | $18,000 |
| ACCOUNT NO.  18 E 23rd St 274 Madison Avenue, PH New York, NY 10016 | X | | Case # 116385/2009 12/29/09 NY Supreme Court NY County | X | X | X | $16,000 |
| ACCOUNT NO.  Adler, Larry C/O Meiselman, Denlea,Packman,Carton & Eberz PC 1311 Mamaroneck Ave White Plains, NY 10605 | X | | Case # 004194/2010 04/23/10 NY Supreme Court Rockland County | X | X | X | $1,426,272 |
| ACCOUNT NO.  AFCO 1000 N Milwaukee Ave, 5th Fl Glenview, IL 60025 | X | | Various Invoices Insurance January-December 2009 | X | X | X | $8,894 |

Subtotal➤  $      1,469,166

_14_ continuation sheets attached

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re   FKF Madison Group Owner LLC                          ,        Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ARM-Capacity of New York LLC<br>90 Broad Street, Suite 1503<br>New York, NY 10004 | X | | Various Invoices<br>January-December 2009 | X | X | X | $1,925 |
| ACCOUNT NO.<br><br>Belkin, Michael<br>13 Woodhaven Blvd<br>New City, NY 10956 | X | | September 2009<br>Promissory Note | X | X | X | $750,000 |
| ACCOUNT NO.<br><br>Boches, Michael<br>7 Farmstead Road<br>Short Hills, NJ 07078 | X | | Promissory Notes<br>03/16/09<br>02/13/09<br>10/23/08 | X | X | X | $1,400,000 |
| ACCOUNT NO.<br><br>Braun, Ed<br>20 E 23rd S<br>New York, NY 10010 | X | | Promissory Note<br>10/02/09 | X | X | X | $500,000 |
| ACCOUNT NO.<br><br>Braun, Jeff<br>104 Green Way<br>Allendale, NJ 07401 | X | | Promirssory Note<br>02/12/09<br>Judgement 12/23/09 | X | X | X | $284,765 |

Sheet no. __1__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 2,936,690

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  FKF Madison Group Owner LLC                    ,          Case No.  10-11867 (KG)
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Brown Harris Stevens<br>18 West 23rd Street, 3rd floor<br>New York, NY 10011 | X | | Case # 101199/2010<br>01/28/10<br>NY Supreme COurt<br>NY County | X | X | X | $152,737 |
| ACCOUNT NO.<br><br>Chavkin, Jeff<br>24 Martindale Road<br>Short Hills, NJ 07078 | X | | Promissory Note<br>02/14/09 | X | X | X | $950,000 |
| ACCOUNT NO.<br><br>Cohen, Gerald<br>C/O Barry A Gutterman Esq<br>102 Old Army Rd<br>Scarsdale, NY 10583 | X | | Case # 603317/2009<br>02/24/10<br>NY Supreme Court<br>NY County | X | X | X | $500,000 |
| ACCOUNT NO.<br><br>Coren, Andru<br>41 Box St<br>Brooklyn, NY 11222 | X | | Promissory Note<br>09/23/09 | X | X | X | $1,150,000 |
| ACCOUNT NO.<br><br>Dange, Mihir<br>88 Morgan St, PH 5004<br>Jersey City, NJ 07302 | X | | Proissory Note<br>01/16/09 | X | X | X | $650,000 |

Sheet no. __2__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $      $3,402,737

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  FKF Madison Group Owner LLC                         ,     Case No.  10-11867 (KG)
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dorfman, Knoebel & Conway LLP <br> 51 North Broadway <br> Nyack, New York 10960 | X | | Various Invoices <br> Legal | X | X | X | $350,000 |
| ACCOUNT NO. <br> Feldman, Barbara <br> C/O Michael Weiss <br> 40 Lady Godiva Way <br> New City, NY 10956 | X | | Promissory Note <br> 2009 | X | X | X | $600,000 |
| ACCOUNT NO. <br> Fiduciary Title Agency, Inc. <br> 43 North Broadway <br> Nyack, NY 10960 | X | | Various Invoices <br> Title Agency | X | X | X | $3,300 |
| ACCOUNT NO. <br> Fiorentino, Frank <br> 16 Lakeside Office Park <br> Wakefield, MA 01880 | X | | Promissory Note <br> 07/24/09 | X | X | X | $800,000 |
| ACCOUNT NO. <br> FKF3, LLC C/O Adam K Kurland Esq Fenster & Kurland LLP <br> 337 North Main St, Ste 11 <br> New City, NY 10956 | X | | Case # 012371/2009 <br> 11/20/09 <br> NY Supreme Court <br> Rockland County | X | X | X | $29,715,567 |

Sheet no. __3__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 31,468,867

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  FKF Madison Group Owner LLC                    ,          Case No.  10-11867 (KG)
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Forrest Mall LLC <br> C/O David Zolotorofe Esq <br> 341 Broad St <br> Clifton, NJ 07014 | X | | Case # 012479/2009 <br> 11/24/09 <br> NY Supreme Court <br> Rockland County | X | X | X | $2,234,882 |
| ACCOUNT NO. <br><br> Garelick, Arnold  & Sasson, Uri C/O <br> Ricki Berger PC <br> 254 South Main St, 20 FL <br> New City, NY10956 | X | | Case # 000859/2010 <br> 01/20/10 <br> NY Supreme Court <br> NY Court | X | X | X | $3,250,000 |
| ACCOUNT NO. <br><br> Goldberg Weprin Finkel Goldstein <br> 1501 Broadway, 22nd Fl <br> New York, NY 10036 | X | | Various Invoices Legal <br> 2007-Present | X | X | X | $648,214 |
| ACCOUNT NO. <br><br> Gotham Construction (3) <br> C/O Cozn O'Connor <br> 45 Broadway, 16th FL <br> New York, NY 10006 | X | | Case # 001564/2010 <br> 02/16/10 <br> NY Supreme <br> Rockland County | X | X | X | $890,175 |
| ACCOUNT NO. <br><br> Haber, Michael, Jerome and Scott <br> C/O Benowich Law LLP <br> 1025 Westchester Ave <br> White Plains, NY 10604 | X | | Case # 003696/2010 <br> 04/16/10 <br> NY Supreme <br> Rockland County | X | X | X | $600,000 |

Sheet no. __4__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   7,623,271

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  FKF Madison Group Owner LLC                    ,        Case No.  10-11867 (KG)
                **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Haber, Scott <br> C/O W&W Glass LLC <br> 302 Airport Executive Park <br> Nanuet, NY 10954 | X | | Promissory Note <br> 04/16/10 | X | X | X | $580,000 |
| ACCOUNT NO. <br><br> Schiller, Harvey <br> C/O Allison Scollar, Esq. <br> 134 Spring Street, Suite 305 <br> New York, NY 10012 | X | | Unit 45A had a right to rescind, received full deposit back. Claiming termination fee. November 12, 2009 | X | X | X | unknown |
| ACCOUNT NO. <br><br> Howard I. Shapiro & Associates <br> 303 Merrick Road (Suite 400) <br> Lynbrook, NY 11563 | X | | Various Invoices <br> 2009-Present <br> Engineer | X | X | X | $12,248 |
| ACCOUNT NO. <br><br> Insider NYC <br> 401 E 34th St # 2b <br> New York, NY 10016 | X | | Various Invoices <br> Concierege Service | X | X | X | $24,650 |
| ACCOUNT NO. <br><br> Jacobs-Cain, Shirley <br> 1715 Seagrape Way <br> Hollywood, FL 33019-4899 | X | | Promissory Note <br> 2009 | X | X | X | $75,000 |

Sheet no. __5__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $             $691,898

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  FKF Madison Group Owner LLC                    ,          Case No.  10-11867 (KG)
       **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jacobs, Marc <br> 27 Lady Godiva Way <br> New City, NY 10956 | X | | Member Slazer Enterprises LLC 2006-2009 | X | X | X | unknown |
| ACCOUNT NO. <br><br> Joel Trace <br> 401 S. Water Street <br> New Windsor, NY 12553 | X | | Various Invoices Pool Consultant | X | X | X | $15,500 |
| ACCOUNT NO. <br><br> Joseph, Elias & Emily <br> C/O David Zolotorofe Esq <br> 341 Broad St <br> Clifton, NJ 07013 | X | | Case # 117654/2009 12/16/09 NY Supreme NY County Judgement 08/11/10 | X | X | X | $428,784 |
| ACCOUNT NO. <br><br> Kestenbaum, David <br> 25 Fieldstone Ct <br> New City, NY 10956 | X | | Case # 602344/2009 07/30/09 NY Supreme NY County | X | X | X | $925,000 |
| ACCOUNT NO. <br><br> Koenig, Ed & Jeff <br> C/O Ricki H Berger PC <br> 254 South MainSt, 20th Fl <br> New City, NY 10956 | X | | Case # 009171/2009 08/25/09 NY Supreme Rockland County | X | X | X | $602,277 |

Sheet no. __6__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $      $1,971,561

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   FKF Madison Group Owner LLC                        ,          Case No.   10-11867 (KG)
_____                    _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 | x | | Various Invoices<br>2008-2009<br>Legal | x | x | x | $15,000 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br>Krevsky, Jay<br>3420 North Fourth St<br>Harrisburg, PA 17110 | x | | Promissory Note<br>2009 | x | x | x | $50,000 |
| ACCOUNT NO.<br><br>Lager, Michael<br>C/O Gary Moss Esq<br>122 E 42nd St, Ste 2100<br>New York, NY 10168 | x | | Neighbor Agreement Roof Protection Per NYS DOB<br>2009-Present | x | x | x | $59,872 |
| ACCOUNT NO.<br><br>Lau, Ed<br>C/O Kurt D Olender, Esq<br>2840 Morris Ave<br>Union, NJ 07083 | x | | Case # 09-cv-8955<br>10/23/09<br>SDNY | x | x | x | $1,340,000 |

Sheet no. __7__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  1,464,782

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   FKF Madison Group Owner LLC                    ,        Case No.   10-11867 (KG)
_____                    _____
             **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Level One US <br> C/O Bruce H. Beckmann, Esq. <br> 90 Park Avenue (Suite 1710) <br> New York, NY 10016-1320 | X | | October 2006 | X | X | X | $33,000,000 |
| ACCOUNT NO. <br><br> Levine, Harvey & Linda <br> C/O Louis Ruggiero, Esq <br> 35-07 90th St, Lower Level Left <br> Jackson Heights, NY 11372 | X | | Case # 603603/2009 <br> 12/15/09 <br> NY Supreme Court <br> NY County | X | X | X | $600,000 |
| ACCOUNT NO. <br><br> Lipman, David <br> C/O Peter B Schalk, Esq <br> 1790 Broadway, Ste 1501 <br> New York, NY 10019 | X | | Case # 600222/2010 <br> 01/28/10 <br> NY Suprem Court <br> NY County | X | X | X | unknown |
| ACCOUNT NO. <br><br> Lori Jacobs <br> 116 Paradise Ave <br> Piermont, NY 10968 | X | | Promissory Note <br> 2009 | X | X | X | unknown |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. __8__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal➤ | $ 33,600,000 |
|---|---|---|
| | Total➤ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable on the Statistical <br> Summary of Certain Liabilities and Related Data.) | $ |

B 6F (Official Form 6F) (12/07) - Cont.

In re  FKF Madison Group Owner LLC                    ,          Case No.  10-11867 (KG)
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Madison Square Realty AllianceLLC | X | | Case # 603208/2009 10/21/09 NY Supreme NY County Judgement 07/19/10 | X | X | X | $56,961 |
| ACCOUNT NO. Maitland, Wendy 14 East 4th St New York, NY 10012 | X | | Case # 600675/2010 03/16/10 NY Supreme NY County | X | X | X | $300,000 |
| ACCOUNT NO. Melrose, Mark C/O Allison Scollar, Esq. 134 Spring Street, Suite 305 New York, NY 10013 | X | | Case # 650760/2009 12/22/09 NY Supreme NY County | X | X | X | unknown |
| ACCOUNT NO. Greenapple, Rhonda C/O Burt Dorfman 51 North Broadway Nyack, NY 10960 | X | | Case # 108683/2010 06/30/10 NY Supreme Court NY County | X | X | X | unknown |
| ACCOUNT NO. Meister Seelig & Fein LLP Two Grand Central Tower 140 East 45th St., 19th Fl. New York, NY 10017 | X | | Various Invoices Legal March - June 2010 | X | X | X | $120,000 |

Sheet no. __9__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 476,961

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   FKF Madison Group Owner LLC          ,          Case No.   10-11867 (KG)
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Millman, Jeff & Michelle<br>33 Lowell Dr<br>New City, NY 10956 | X | | Case # 101141/2010<br>01/27/10<br>NY Supreme<br>NY County | X | X | X | $300,000 |
| ACCOUNT NO.<br><br>NYAM LLC<br>1 N END AVE<br>NEW YORK,  NY  10282-1163 | X | | Promissory Note<br>2009 | X | X | X | $100,000 |
| ACCOUNT NO.<br><br>Osofsky, Alan<br>3100 S. Ocean Blvd.<br>Palm Beach, FL 33480 | X | | Case # 004093/2010<br>02/23/10<br>NY Supreme<br>Rockland County | X | X | X | $550,000 |
| ACCOUNT NO.<br><br>Romano, Kevin<br>C/O Scott J Steiner PC<br>2 William St, Ste 302<br>White Plains, NY 10601 | X | | Case # 001773/2010<br>02/19/10<br>NY Supreme<br>Rockland County<br>Judgement 05/14/10 | X | X | X | $1,892,677 |
| ACCOUNT NO.<br><br>Rosenberg & Estis, P.C.<br>733 Third Avenue<br>New York, New York 10017 | X | | Various Invoices Legal<br>2008-Present | X | X | X | $120,000 |

Sheet no. __10__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  2,962,677

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>FKF Madison Group Owner LLC</u>,     Case No. <u>10-11867 (KG)</u>

        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ruth Josephs <br> 100 Rte 306 <br> Monsey, NY 10953 | X | | Case # 004198/2010 <br> 04/23/10 <br> NY Supreme <br> Rockland County | X | X | X | $858,749 |
| ACCOUNT NO. <br><br> Saul Ewing LLP <br> 222 Delaware Avenue, Ste 1200 <br> P.O. Box 1266 <br> Wilmington, DE 19899 | X | | Various Invoices <br> July 2010 <br> Legal | X | X | X | $24,000 |
| ACCOUNT NO. <br><br> Schoniger <br> C/O Stephen G. Epstein Esq. <br> 620 Eighth Avenue <br> New York, NY 10018-1405 | X | | Case # 101789/2010 <br> 02/09/10 <br> NY Supreme <br> NY County | X | X | X | unknown |
| ACCOUNT NO. <br><br> Scollar, Allison <br> 59 John St Apt 11A <br> New York, NY 10038 | X | | Various Invoices Legal <br> September 2009-December 2009 | X | X | X | $125,000 |
| ACCOUNT NO. <br><br> Seiden & Schein <br> 570 Lexington Avenue, 14th fl <br> New York, New York 10022 | X | | Various Invoices <br> July 2009 December 2009 <br> Legal | X | X | X | $12,500 |

Sheet no. <u>11</u> of <u>14</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                 Subtotal▶   $            1,020,249

                                                 Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  FKF Madison Group Owner LLC                    ,        Case No.   10-11867 (KG)
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shapiro, Ira<br>1 Appleton Road<br>New City, NY 10956 | X | | Member Slazer Enterprises LLC<br>2006-Present | X | X | X | unknown |
| ACCOUNT NO.<br><br>Solo Management<br>130 Maple Ave.<br>New City, NY 10956 | X | | Various Invoices<br>April 2009 | X | X | X | unknown |
| ACCOUNT NO.<br><br>UIC, Inc. Insurance Consultants<br>1 Park Way, 3rd Floor<br>Upper Saddle River, NJ 07458 | X | | Various Invoices Insurance<br>January 2009-December 2009 | X | X | X | $7,500 |
| ACCOUNT NO.<br><br>Van den Dorpe, Jan-Willem I<br>6 Varick St<br>New York, NY 10013 | X | | Promissory Note<br>11/19/08 | X | X | X | $1,000,000 |
| ACCOUNT NO.<br><br>Weiss, Michael<br>40 Lady Godiva Way<br>New City, NY 10956 | X | | Promissory Note<br>2009 | X | X | X | $100,000 |

Sheet no. __12__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 1,107,500

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  FKF Madison Group Owner LLC                    ,          Case No.  10-11867 (KG)
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wills Group Family Ltd Partnership C/O Howard W Rahlin Esq. 11 Park Place, New York, NY 10007 | X | | Case # 001914/2010 &001923/2010 02/24/10 NY Supreme RockInd County | X | X | X | $14,400,000 |
| ACCOUNT NO. <br><br> Wills, Harrison C/O Howard W Rahlin Esq. 11 Park Place New York, NY 10007 | X | | Mulitple Funds to Debtors 2008-Present | X | X | X | $1,150,000 |
| ACCOUNT NO. <br><br> CCA Construction Consulting, Inc. 100 Church St # 1625 New York, NY 10007-2631 | X | | 2010 | X | X | X | $85,000 |
| ACCOUNT NO. <br><br> Breeze National 31 Bay Street Brooklyn, NY 11231-1917 | X | | 2010 | X | X | X | $111,064 |
| ACCOUNT NO. <br><br> La Strada General Contracting Corp 118-20 29th Avenue College Point, NY 11354 | X | | 2010 | X | X | X | unknown |

Sheet no. __13__ of __14__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 15,746,064

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  FKF Madison Group Owner LLC                    ,    Case No.  10-11867 (KG)
             **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shen Milsom & Wilke Inc <br> 417 Fifth Ave <br> New York, Ny 10016 | X | | 2010 | X | X | X | unknown |
| ACCOUNT NO. <br><br> Howard Josephs | X | | 08/11/10 | X | X | X | $1,866,234 |
| ACCOUNT NO. <br><br> NYS Dept of Taxation and Finance | X | | 08/14/10 | X | X | X | $559 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. __14__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1,866,793

Total▶ | $ 107,809,306
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  FKF Madison Park Group Owner, LLC         ,     Case No.  10-11867 (KG)
           **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Brenda Joseph<br>120 Ludlow Lane<br>Palisades, NY 10964 | Purchase Agreement - $ 2,900,000<br>Escrow Amount = $ 298,155<br>Sale of Residential Property<br>For Unit # 41A |
| CPMM 15<br>C/O 8A Fitzroy Park<br>London, England N66HP | Purchase Agreement - $ 18,000,000<br>Escrow Amount = $ 1,603,317<br>Sale of Residential Property<br>For Unit # 55 & 56 |
| Richard Schoniger<br>100 West 18th St #9b<br>New York, NY 10011 | Purchase Agreement - $ 350,000<br>Escrow Amount= $ 35,071<br>Sale of Residential Property<br>For Unit #  10B |
| Richard Schoniger<br>100 West 18th St #9b<br>New York, NY 10011 | Purchase Agreement - $ 600,000<br>Escrow Amount = $ 60,123<br>Sale of Residential Property<br>For Unit # 27A |
| Intertech Development Corporation<br>C/O Gallet Dreyer & Berkey LLP<br>845 Third Ave, 8th Fl<br>New York, NY 10022-6601 | Purchase Agreement - $ 5,000,000<br>Escrow Amount = $ 506,626<br>Sale of Residential Property - Unit # 30A |
| Richard Schoniger<br>100 West 18th St #9b<br>New York, NY 10011 | Purchase Agreement - $ 700,000<br>Escrow Amount = $ 70,143<br>Sale of Residential Property<br>For Unit # 27B |

In re <u>FKF Madison Park Group Owner, LLC</u> ,    Case No. <u>10-11867 (KG)</u>
          **Debtor**                                            **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mad52<br>590 Madison Ave<br>New York, NY | Purchase Agreement - $ 5,000,000<br>10% in Escrow = $ 500,000<br>Sale of Residential Property<br>For Unit # 52 |
| Emily Josephs<br>PO Box 98<br>Sugar Loaf, NY | Purchase Agreement - $ 1,940,000<br>Escrow Amount = $ 199,590<br>Sale of Residential Property<br>For Unit # 49A |
| R Masheck<br>3251 Sea Shell Mound Blvd<br>Ft Meyers Beach, FL 33931 | Purchase Agreement - $ 5,100,000<br>Escrow Amount = $ 510,000<br>Sale of Residential Property<br>For Unit # 49B |
| Barbara Licalzi<br>C/O Jay Bloomfield<br>90 Borad St<br>New York, NY 10004 | Purchase Agreement - $ 2,100,000<br>Escrow Amount = $ 210,435<br>Sale of Residential Property<br>For Unit # 19B |
| Richard Schoniger<br>100 West 18th St #9b<br>New York, NY 10011 | Purchase Agreement - $ 10,000,000<br>Escrow Amount = $ 1,027,340<br>Sale of Residential Property<br>For Unit # 57 |
| Park Madison Associates (termination from Zoe 52)<br>PO Box 707<br>New City, NY 10956 | $500,000 Escrow |

In re  FKF Madison Park Group Owner, LLC                    ,          Case No.  10-11867 (KG)
                    **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Bovis Lend Lease Construction Management Agreement Impress Account 200 Park Ave New York, NY | Impress Account $499,732 |
| L'Elysee Condominium 27 E 22nd St New York, NY 10010 | Deposit of $347,000 for Air rights purchase contract |
| Alan G Davenport Wind Engineering Group The University of Ontario London Ontario N6A5B9 | Slosh Tank Consultant Contract Slazer Enterprises LLC |
| Andrews Building Corporation 666 Broadway New York, NY 10112 | Building Manager Contract Slazer Enterprises LLC |
| Bovis Lend Lease Inc 200 Park Ave, 9th Fl New York, NY 10166 | CM Agreement Slazer Enterprises LLC |
| Construction Consulting Associates 100 Church St New York, NY 10007 | Permits for One Madison Park Expeditor Contract Slazer Enterprises LLC |

In re  FKF Madison Park Group Owner, LLC                ,     Case No.  10-11867 (KG)
          **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Cetra Ruddy Inc<br>584 Broadway<br>New York, NY 10012 | Architecht Contract<br>Slazer Enterprises LLC |
| Cantor Seinuk Group<br>228 E 45th St, 3rd Fl<br>New York, NY 10017 | Structural Engineer Contract<br>Slazer Enterprises LLC |
| Delta Testing & Inspections<br>23 South Macquesten Pkwy<br>Mt Vernon, NY 10550 | Testing & Inspections Contract<br>Slazer Enterprises LLC |
| Howard I Shapiro & Associates<br>303 Merrick Rd, Ste 202<br>Lynbrook, NY 11563 | Crane Consulting Contract<br>Slazer Enterprises LLC |
| Israel Berger & Associates<br>232 Madison Ave<br>New York, NY 10016 | Curtain Wall Consulting Contract<br>Slazer Enterprises LLC |
| Joel Trace Architect<br>401 South Water St<br>New Windsor, NY 12553 | Pool Architect and Consulting Contract<br>Slazer Enterprises LLC |

In re  FKF Madison Park Group Owner, LLC                    ,       Case No.  10-11867 (KG)
                    **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JPS Flooring Consultant<br>131 W 24th St<br>New York, NY 10011 | Wood Flooring Consultant Contract<br>Slazer Enterprises LLC |
| Langan Engineering & Environmental Services<br>21 Penn Plaza<br>New York, NY 10001 | Civil Engineering Contract<br>Slazer Enterprises LLC |
| MG Engineering PC<br>116 W 32nd St<br>New York, NY 10001 | MEP Engineering Contract<br>Slazer Enterprises LLC |
| New York City Land Surveyors PC<br>200 Radcliffe Road<br>Statan Island, NY 10305 | Surveyor Contract<br>Slazer Enterprises LLC |
| Shen Milsom and Wilke Inc<br>417 5th Ave<br>New York, NY 10016 | Acoustical Consultant Contract<br>Slazer Enterprises LLC |
| Thomas Juul-Hansen, LLC<br>180 Lafayette St, 7th Fl<br>New York, NY 10013 | Interior Architect Contract<br>Slazer Enterprises LLC |

In re  FKF Madison Group Owner LLC                    ,     Case No.  10-11867
               **Debtor**                                                                **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ira and Heather Shapiro<br>1 Appleton Road<br>New City, NY 10956 | See Schedules D, E, and F |
| Marc and Rochelle Jacobs<br>27 Lady Godiva Way<br>New City, NY 10956 | See Schedules D, E, and F |
| Slazer Enterprises LLC<br>PO Box 707<br>New City, NY 10956 | See Schedules D, E, and F |
| JMJS 23rd St Realty Owner LLC<br>PO Box 707<br>New City, NY 10956 | See Schedules D, E, and F |
| Slazer Enterprises Owner LLC<br>PO Box 707<br>New City, NY 10956 | See Schedules D, E, and F |
| Park Madison Associates<br>PO Box 707<br>New City, NY 10956 | See Schedules D, E, and F |
| FKF Madison Group Owner LLC<br>PO Box 707<br>New City, NY 10956 | See Schedules D, E, and F |
| Madison Park Group Owner LLC<br>PO Box 707<br>New City, NY 10956 | See Schedules D, E, and F |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __FKF Madison Group Owner LLC__ ,
          Debtor

Case No. __10-11867 (KG)__
         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____
                                    Debtor

Date _____      Signature: _____
                                (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,      Social Security No.
of Bankruptcy Petition Preparer         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __PRESIDENT SEC & TREAS__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __limited liability company__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __2/25/11__                   Signature: _____

                                          __JOHN FIORETTI__
                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FKF MADISON PARK GROUP OWNER, LLC, *et al al.*[1] | Case No. 10- 11867 (KG) |
| Debtors. | Jointly Administered |

## GLOBAL NOTES REGARDING DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "SOAL") and the Statements of Financial Affairs (the "SOFA," and collectively with the SOAL, the "Schedules and Statements") filed by FKF Madison Group Owner, LLC, JMJS 23rd Street Realty Owner, LLC, Madison Park Group Owner, LLC, and Slazer Enterprises Owner, LLC (each a "Debtor" and collectively, the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by management of the Debtors and are unaudited. The financial affairs and business of the Debtors are large and complex. While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to the financial data and other information contained therein. The Debtors reserve their right to amend the Schedules and Statements from time to time as may be necessary or appropriate. These Global Notes Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.　　Description of the Cases and "as of" Information Date. On June 8, 2010 (the "Involuntary Petition Date"), involuntary Chapter 7 petitions were filed in the Bankruptcy Court by certain of the Debtors' creditors, thereby commencing the Debtors' involuntary Chapter 7 cases (the "Chapter 7 Cases"). On November 19, 2010 (the "Conversion Date"), this Court entered Orders for relief in the Chapter 7 Cases and entered Orders converting the Chapter 7 Cases to cases under Chapter 11 of the Bankruptcy Code. The cases have been procedurally consolidated for the purpose of joint administration under case number 10-11867 (KG). The Debtors are currently operating their businesses as debtors-in-possession pursuant to the Bankruptcy Code. Unless otherwise stated, asset and liability information is as of the

---

[1]　　The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner, LLC (6399); JMJS 23rd Street Realty Owner, LLC (6651); Madison Park Group Owner, LLC (3701); and Slazer Enterprises Owner, LLC (4339). The Debtors' mailing address is 230 Congers Road, New City, NY 10920.

Conversion Date. Additionally, the Debtors have made every effort to allocate liabilities between the pre-conversion and post-conversion periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available to and further research is conducted by the Debtors, the Debtors' allocation of liabilities between pre-conversion and post-conversion periods may change.

      2.    <u>Basis of Presentation</u>. For financial reporting purposes, Slazer Enterprises LLC ("<u>Slazer</u>"), the Debtors' manager and a non-Debtor, prepares consolidated financial statements that include financial data for all of the Debtors. The last audit of these consolidated financial statements was as of December 31, 2007.[2] Due to Slazer's consolidated bookkeeping and reporting, the Schedules and Statements for each Debtor reflect the consolidated assets and liabilities of all of the Debtors. Neither Slazer nor any of the Debtors have prepared detailed financial statements for any of the Debtors. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP").

      3.    <u>Summary of Significant Reporting Policies</u>. The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

      (a)    <u>Book Value</u>. Unless otherwise noted, each asset and liability of each Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtors' accounting and/or tax books and records as of the Conversion Date, and are not based upon any estimate of their current market values.

      (b)    <u>Cash.</u> Cash balances in the Debtors' bank accounts set forth in the SOAL Schedule B are based on the book balance as of the Conversion Date. As of such date, the only operating account maintained on the Debtors' behalf was maintained by Jonathan Newman as receiver (the "<u>Receiver</u>") for the Debtors' property. Disbursements were provided directly from this account to certain vendors and service providers on behalf of the Debtors. As a result, no operating funds were provided directly to the Debtors while the Receiver was in place. Prior to the Receiver's appointment on April 15, 2010, Slazer maintained an operating account on the Debtors' behalf. Slazer also made disbursements directly to certain vendors, service providers, and other parties on the Debtors' behalf and no operating funds were provided directly to the Debtors. An escrow account is also maintained on the Debtors' behalf, which account contains deposits paid by potential purchasers of the Debtors' property.

      (c)    <u>Intercompany Accounts and Transactions</u>. Due to the Debtors' centralized cash management by Slazer and the Receiver, it is unclear whether, and to what extent, intercompany transactions occurred. As a result, certain information in the Schedules and Statements may not accurately reflect payments by one Debtor on behalf of another Debtor.

---

[2]    The Debtors are in the process of bringing their financial statements up to date and will amend their Schedules and Statements, if necessary, following this process.

(d)  **Payments Made within 90 Days prior to the Petition Date**. Payments made on the Debtors' behalf within 90 days prior to the Conversion Date have been attributed to each Debtor without regard to which Debtor was obligated to make the payment.

(e)  **Property and Equipment: Owned**.  Fixed asses are recorded at cost.  Depreciation is computed using accelerated methods over the estimated useful lives of the respective assets.

(f)  **Litigation**.  The Debtors have listed in SOAL Schedule F all known claimants related to any pending or threatened litigation action as contingent, disputed and unliquidated with unknown amounts.  Certain claims have been estimated while others have not been estimated. Any allowed claims for these claimants may be substantial.  The Debtors have listed in SOFA 4(a) the various litigation matters to which the Debtors were a party in the past year.  The SOFA does not include administrative or other proceedings concerning *de minimis* amounts.

(g)  **Liens and Encumbrances on Assets**.  In the ordinary course of the Debtors' businesses, tax liens and other encumbrances (*e.g.*, judgment liens) are occasionally filed against property owned by the Debtors.  As of the Conversion Date, except as reflected on SOAL Schedule D (secured claims) and as discussed below, the Debtors were not aware of any material liens or encumbrances filed against assets directly owned by the Debtors.

(h)  **Causes of Action**.  The Debtors are still investigating and have not necessarily set forth all claims or causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any such claims or causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

(i)  **Secured Claims**.  Except as otherwise agreed pursuant to a stipulation or agreed order or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on SOAL Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, except as otherwise agreed pursuant to a stipulation or agreed order or order entered by the Bankruptcy Court, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.  Furthermore, secured claim amounts have been listed on SOAL Schedule D without regard to the value of assets secured thereby.  No attempt was made by the Debtors to estimate the fair market value as of the Conversion Date of assets pledged pursuant to any secured secured obligation.  Accordingly, deficiency claims of secured creditors were not listed on SOAL Schedule F and such omission is not an admission by the Debtors as to the sufficiency of collateral related to any secured claim

listed on SOAL Schedule D. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors or non-Debtors, and no claim set forth on SOAL Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in SOAL Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. All of the scheduled claims on SOAL D relate to the Debtors' real property located at 20-23 E. 23rd Street, New York, New York, the current value of which is estimated on SOAL A. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

(j)     Priority Claims. Priority claims related to deposits by individuals held by the Debtors for the purchase of real property have been listed on SOAL Schedule E. Although the Debtors may have scheduled claims of various creditors as priority claims, the Debtors reserve all rights to dispute or challenge the priority treatment of any such creditor's claim (or portion thereof) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

(k)     Executory Contracts. The businesses of the Debtors are complex. While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in SOAL Schedule G and to amend or supplement such Schedule as necessary. In general, the Debtors are not direct parties to the contracts, agreements and leases set forth on SOAL Schedule G. Instead, Slazer is a direct party to the contracts, agreements and leases set forth on SOAL Schedule G. The Debtors benefit to varying degrees from such contracts and have thus listed such contracts, agreements, and leases out of an abundance of caution. The contracts, agreements and leases listed on SOAL Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Such rights, powers, duties and obligations are not set forth on SOAL Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, air rights, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, may not be set forth in SOAL Schedule G. The presence of a contract or agreement on SOAL Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Similarly, the absence of a contract or agreement on SOAL Schedule G does not constitute an admission that any other contract or agreement to which a Debtor is a party is not executory. Parties to executory contracts and unexpired leases were not listed on SOAL Schedule F, except where past due amounts were recorded in the Debtors' accounts payable. The Debtors have not listed on SOAL Schedule F landlords

and executory contract counter-parties which may have claims related to contract/lease rejection or other damages. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the SOAL, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

4. <u>Adjustment to Scheduled Claim Amounts</u>. Certain of the SOAL list creditors and set forth the Debtors' estimate of the claims of creditors as of the Conversion Date. Following such date, the Bankruptcy Court authorized certain payments to be made on the Debtors behalf by iStar Tara LLC. Accordingly, to the extent pre-conversion amounts have been paid in accordance with Bankruptcy Court Orders prior to the filing of the SOAL, such claim amounts may not be listed. However the actual unpaid claims of creditors that may be allowed in these cases may differ from the amounts set forth due to additional invoices received or pre-conversion payments made following the filing of the Statements and Schedules.

5. <u>Disputed, Contingent and/or Unliquidated Claims</u>. SOAL Schedules D, E and F permit each of the Debtors to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of the SOAL as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection by the Debtors. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on the SOAL as to amount, liability or status.

6. <u>Setoff or Recoupment Rights</u>. The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights.

7. <u>Global Notes Control</u>. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.