# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FKF MADISON PARK GROUP OWNER, LLC, *et al.*,[1] | Case No. 10-11867 (KG) |
| Debtors. | Jointly Administered |

## AMENDED NOTICE OF APPEARANCE ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their amended appearance, pursuant to section 1109(b) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), on behalf of the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned case. Such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342, 1102(a)(1), and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the address, facsimile number, or electronic mail addresses set forth below:

| | |
|---|---|
| Schuyler G. Carroll, Esq.<br>**PERKINS COIE LLP**<br>30 Rockefeller Plaza, 25th Floor<br>New York, New York 10112<br>Telephone: (212) 262-6905<br>Facsimile: (212) 977-1636<br>scarroll@perkinscoie.com | Brian A. Jennings, Esq.<br>**PERKINS COIE LLP**<br>1201 Third Avenue, 48th Floor<br>Seattle, Washington 98101<br>Telephone: (206) 359-3679<br>Facsimile: (206) 358-4679<br>bjennings@perkinscoie.com |

---

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867)(3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868)(6651); Madison Park Group Owner, LLC (Case No. 10-11869)(3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870)(4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

1928093.2

Christopher A. Ward, Esq.
Shanti M. Katona, Esq.
**POLSINELLI SHUGHART PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: March 7, 2011
Wilmington, Delaware

**POLSINELLI SHUGHART PC**

　*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

-and-

Schuyler G. Carroll, Esq.
**PERKINS COIE LLP**
30 Rockefeller Plaza, 25th Floor
New York, New York 10112
Telephone: (212) 262-6905
Facsimile: (212) 977-1636
scarroll@perkinscoie.com

-and-

Brian A. Jennings, Esq.
**PERKINS COIE LLP**
1201 Third Avenue, 48th Floor
Seattle, Washington 98101
Telephone: (206) 359-3679
Facsimile: (206) 358-4679
bjennings@perkinscoie.com

PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS