IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------- x
                                                     :
In re:                                               :
                                                     :   Chapter 11
FKF MADISON PARK GROUP OWNER,                        :
et al.,[1]                                           :   Case No. 10-11867 (KG)
                                                     :
                                  Debtors.           :
---------------------------------------------------- x

## APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 2, 2011 AND THROUGH TO AND INCLUDING MARCH 2, 2011

The Official Committee of Unsecured Creditors (the "Committee") of FKF Madison Park Group Owner, LLC ("FKF Madision"), and certain direct or indirect subsidiaries, as debtors and debtors-in-possession (collectively, the "Debtors"), as and for its application (the "Application") seeking entry of an order, authorizing the employment and retention of Arent Fox LLP ("Arent Fox") as attorneys to the Committee *nunc pro tunc* to February 2, 2011 and through to and including March 2, 2011 pursuant to Sections 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"). In support of the Application, the Committee submits the Declaration of Robert M. Hirsh (the "Hirsh Declaration"), annexed hereto as <u>Exhibit A</u> and incorporated herein by reference, and respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867) (3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868) (6551); Madison Park Group Owner, LLC (Case No. 10-11869) (3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870) (4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

NYC/565424.3

## BACKGROUND

The Debtors and their Businesses

1. On June 8, 2010 (the "Petition Date"), Petitioning Creditors Stephen Kraus, Mitchell Kraus, Barbara Kraus, and Kraus Hi-Tech Home Automation, Inc. filed an involuntary petition for relief for the Debtors under Chapter 7 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware (the "Court").

2. By order dated November 19, 2010, the case converted to a case under Chapter 11 of the Bankruptcy Code.

3. The Debtors continue to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 cases.

The Committee and its Selection of Professionals

4. On January 20, 2011, the Office of the United States Trustee for Region 3 appointed three (3) members to the Committee pursuant to Sections 1102(a) and 1102(b) of the Bankruptcy Code. A list of the members of the Committee is annexed hereto as Exhibit B.

5. On February 2, 2011, the members of the Committee selected and formally voted to retain Arent Fox as counsel, subject to the approval of the Court, and requested that Schuyler Carroll be lead counsel.

6. On February 28, 2011, Schuyler Carroll withdrew from Arent Fox, and on March 1, 2011, became a partner of Perkins Coie.

7. On March 2, 2011, Arent Fox was advised that the Committee wanted to continue with Schuyler Carroll and ended the engagement with Arent Fox as of March 3, 2011.

## JURISDICTION AND VENUE

8.  This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334(b). Venue of these proceedings is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. Section 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 5002 are the statutory predicates for the relief sought by this Application.

## RELIEF REQUESTED HEREIN

9.  The Committee seeks to employ Arent Fox, which maintains an office for the practice of law at 1675 Broadway, New York, New York 10019, as well as offices in Washington, DC, Los Angeles, CA, and St. Louis, MO as its counsel in these Chapter 11 cases, for the period February 2, 2011 through and including, March 2, 2011.

10. The Committee selected Arent Fox for the reason that the partners and associates of Arent Fox have considerable expertise in the fields of bankruptcy, insolvency, reorganizations, liquidations, debtors' and creditors' rights, debt restructuring and corporate reorganizations, and commercial litigation, among other practice areas. Accordingly, the Committee believes that Arent Fox is well-qualified to represent it in these Chapter 11 cases.

11. Schuyler Carroll was the lead and engagement partner with respect to this matter.

12. Robert M. Hirsh was responsible for Arent Fox's representation of the Committee in these matters. Mr. Hirsh is a partner in Arent Fox's Bankruptcy Group and for more than ten years has concentrated in bankruptcy and insolvency business law. Mr. Hirsh has represented creditors' committees in similar Chapter 11 cases. Mr. Hirsh has written articles and lectured on bankruptcy topics, such as business bankruptcy issues, bankruptcy litigation, valuations and fraudulent conveyances. Mr. Hirsh received his J.D. from Brooklyn Law School and received his B.A. from Brandeis University.

13. The professional services Arent Fox provided included, but are not limited to the following:

    (a) to assist, advise, and represent the Committee in its consultation with the Debtors relative to the administration of these Chapter 11 cases;

    (b) to assist, advise, and represent the Committee in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales or dispositions;

    (c) to attend meetings and negotiate with the representatives of the Debtors and secured creditors;

    (d) to assist and advise the Committee in its examination and analysis of the conduct of the Debtors' affairs;

    (e) to assist the Committee in the review, analysis, and negotiation of any financing or funding agreements;

    (f) to take all necessary actions to protect and preserve the interests of the Committee, including, without limitation, the prosecution of actions on its behalf, negotiations concerning all litigation in which the Debtors are involved, and review and analysis of all claims filed against the Debtors' estates;

    (g) to generally prepare on behalf of the Committee all necessary motions, applications, answers, orders, reports, and papers in support of positions taken by the Committee; and

    (h) to perform all other necessary legal services in these cases.

14. Arent Fox had indicated a willingness to act on behalf of the Committee and render the necessary professional services as attorneys for the Committee.

15. Subject to this Court's approval, Arent Fox will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for services of this type and nature and for this type of matter in effect on the date such services are rendered and for its actual, reasonable, and necessary out-of-pocket disbursements incurred in connection therewith. The following are Arent Fox's current hourly rates for work of this nature:

    (a) Partners:               $465 - $840

(b) Of Counsel:     $465 - $760

(c) Associates:     $290 - $540

(d) Paraprofessionals:     $150 - $270

16. Arent Fox intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and Orders of this Court. Compensation will be payable to Arent Fox in compliance with the above rules, on an hourly basis, plus reimbursement of actual, reasonable, and necessary expenses incurred by Arent Fox.[2]

## DISINTERESTEDNESS OF PROFESSIONAL

17. To the best of the Committee's knowledge, information, and belief, and except as otherwise set forth in the Hirsh Declaration, none of Arent Fox's respective attorneys hold or represent any interest adverse to the Committee, the Debtors, or their creditors or estates, or any other party-in-interest herein or their respective professionals in matters relating to the Debtors and their estates.

18. To the best of the Committee's knowledge and except as otherwise disclosed in the Hirsh Declaration, Arent Fox: (i) does not hold or represent any interest adverse to the Committee with respect to the matters for which it is being retained; (ii) Arent Fox is a "disinterested person" as that phrase is defined in Section 101(14) of the Bankruptcy Code (as modified by Section 1103(b) of the Bankruptcy Code); (iii) neither Arent Fox nor its professionals have any connection with the Debtors, their estates, or creditors; and (iv) Arent Fox's employment is necessary and in the best interests of the Debtors' estates.

---

[2] Arent Fox will only be seeking compensation and reimbursement of expenses incurred during the retention period, or with respect to the transition of this engagement, or concerning the preparation, filing and prosecution of its fee application. Arent Fox will also charge its "preferred rates," which are lower than its "guideline rates."

19.     The Committee believes that the retention and employment of Arent Fox was in the best interests of the Committee, the Debtors, and their estates and creditors.

20.     No prior application has been made for the relief requested herein to this or any other Court.

## NOTICE

21.     Notice of this Application has been given to: (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) counsel to iStar; and (d) any others persons who have requested notice pursuant to Bankruptcy Rule 2002. The Committee respectfully submits that such notice is sufficient, and requests that this Court find that no further notice of the relief requested herein is necessary or appropriate.

## CONCLUSION

WHEREFORE, the Committee respectfully requests that this Court approve the employment and retention of Arent Fox as attorneys to the Committee *nunc pro tunc* to February 2, 2011 and through and including March 2, 2011, and grant such other, further, and different relief as is just and proper.

|  |  |
|---|---|
| Dated: _____<br>March 7, 2011 | THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FKF MADISON PARK GROUP OWNER, LLC, *et al.*<br><br>By: _____ |
| Dated:<br>    March 7, 2011 | *Proposed* Initial Counsel for the Official Committee of Unsecured Creditors |

ARENT FOX LLP

By: /s/ Robert M. Hirsh
     Robert M. Hirsh
     1675 Broadway
     New York, NY 10019
     (212) 484-3900 (Tel)
     (212) 484-3990 (Fax)