# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | FKF Madison Park Group Owner, LLC, et al. |
| **Case Number:** | 10-11867-KG  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MARCH 17, 2011 02:00 PM  CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matter:

FINAL HEARING

**R / M #:** 360 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Revised Order to be submitted under Certification of Counsel