IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :
                                                        :   Chapter 11
FKF MADISON PARK GROUP OWNER,                           :
et al.,[1]                                              :   Case No. 10-11867 (KG)
                                                        :
                                                        :   **Re: Docket Nos. 348, 383**
                      Debtors.                          :
------------------------------------------------------- x

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF PERKINS COIE LLP AS ATTORNEYS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MARCH 2, 2011

Upon the application of the official committee of unsecured creditors (the "Creditors' Committee") appointed in the Chapter 11 Cases of FKF Madison Park Group Owner, LLC and its affiliated debtors and debtors and debtors in possession (the "Debtors") for an order, pursuant to sections 328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Creditors' Committee to employ and retain Perkins Coie LLP ("Perkins Coie") as the Creditors' Committee's attorneys in these cases, *nunc pro tunc* to March 1, 2011 (the "Application"); and upon the declaration of Schuyler G. Carroll, Esq., a partner at Perkins Coie, which is annexed to the Application (the "Declaration"); and upon the supplemental declaration of Schuyler G. Carroll, Esq. filed on the docket (the "Supplemental Declaration"); and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefore; it is hereby

ORDERED that the Application is approved; and it is further

---

[1] The Debtors in these cases, along with the last four digits of their EIN, are: FKF Madison Group Owner, LLC (Case No. 10-11867) (3699); JMJS 23rd Street Realty Owner, LLC (Case No. 10-11868) (6551); Madison Park Group Owner, LLC (Case No. 10-11869) (3701); and Slazer Enterprises Owner, LLC (Case No. 10-11870) (4339). The Debtors' address is 230 Congers Road, New City, NY 10920.

2

1930685.2

ORDERED that pursuant to sections 328 and 1103 of the Bankruptcy Code, the Creditors' Committee is hereby authorized and empowered to employ Perkins Coie as its attorneys in these Chapter 11 Cases, *nunc pro tunc* to March 2, 2011, and Perkins Coie is authorized to perform the services set forth in the Application, the Declaration, and the Supplemental Declaration; and it is further

ORDERED that Perkins Coie shall be compensated in accordance with the procedures set forth in sections 328, 330, and 331 of the Bankruptcy Code, and applicable Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and such other procedures as may be fixed by order of this Court, provided, however, that the rights of HFZ Capital Group in respect of any compensation that may be sought by Perkins Coie are fully reserved, including, without any limitation, any position that could have been raised in respect of the Application; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 1, 2011

The Honorable Kevin Gross
United States Bankruptcy Judge

3

1930685.2