# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON GROUP OWNER, LLC, *et al.*,[1] | ) | Case No. 10-11867 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Hearing: **June 14, 2011 at 11:00 a.m. (ET)** |

## NOTICE OF HEARING TO CONSIDER QUARTERLY FEE APPLICATION REQUESTS OF PROFESSIONALS FOR THE PERIOD FEBRUARY 4, 2011 THROUGH APRIL 30, 2011

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

**PLEASE TAKE NOTICE** that in accordance with the Administrative Order, Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation of Fees and Reimbursement of Expenses for Professionals and Official Committee Members, dated March 18, 2011 (D.I. 373), a hearing to consider **Quarterly Fee Application Requests Of Professionals For The Period February 4, 2011 through April 30, 2011,** will be convened on **June 14, 2011 at 11:00 a.m. (Eastern Time)** before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court located at 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

Dated: May 12, 2011  
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    /s/ Erin R. Fay  
Derek C. Abbott (Bar No. 3376)  
Erin R. Fay (Bar No. 5268)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Facsimile: (302) 658-3989  
Email: dabbott@mnat.com  
       efay@mnat.com

*Counsel to Debtors and Debtors in Possession*

4260081.1

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.