# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FKF MADISON GROUP OWNER LLC, | ) Case No. 10-11867 (KG) |
| et al.[1] | ) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: D.I. _____ |

## ORDER PURSUANT TO 11 U.S.C. § 1121(d) FURTHER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE A CHAPTER 11 PLAN OF AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 1121(d) of the Bankruptcy Code, for entry of an order: (i) further extending the period during which the Debtors have the exclusive right to file a plan or plans through and including September 30, 2011 and (ii) extending the period during which the Debtors have the exclusive right to solicit acceptances thereof through and including November 30, 2011; and upon the record in these cases; and adequate notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the time within which only the Debtors may file a plan or plans under section 1121(b) of the Bankruptcy Code is extended through and including **September 30, 2011.**

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer nterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.

[2] Capitalized terms used, but not defined, herein shall have the meanings set forth in the Motion.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the time within which only the Debtors may solicit acceptances to any proposed plan under section 1121(c)(3) of the Bankruptcy Code is extended through and including **November 30, 2011.**

4. This Order shall be without prejudice to the Debtors' right to seek further extensions of the time within which only the Debtors may file and solicit acceptances of a plan.

Dated: _____ \_\_, 2011
       Wilmington, Delaware        _____
                                          THE HONORABLE KEVIN GROSS
                                          UNITED STATES BANKRUPTCY JUDGE