IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON GROUP OWNER, LLC, *et al.*,[1] | ) | Case No. 10-11867 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | RE: 480 |

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED**, that the following omnibus hearings have been scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| October 20, 2011 | 10:00 a.m. (Eastern Time) |
| November 16, 2011 | 2:00 p.m. (Eastern Time) |
| December 20, 2011 | 11:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
       June 2, 2011

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

4083096.2

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.