# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | FKF Madison Park Group Owner, LLC, et al. |
| **Case Number:** | 10-11867-KG  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 14, 2011 11:00 AM  CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | DANA MOORE |

## Matters:

1) OMNIBUS HEARING
   **R / M #:**  487 / 0

2) **ADV: 1-11-51640**
   **Flamingo, LLC vs Slazer Enterprises Owner LLC**
   Pretrial Conference
   **R / M #:**  0 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - #2 - Continued to 7/14/11 @ 4:30 pm.
#3 - Filed Certification of Counsel - ORDER SIGNED
#4 - Motion withdrawn
#5 - Pretrial Conference 11-51640 - Parties working on Scheduling Order to be submitted to Chambers
#6 - Filed Certification of Counsel - ORDER SIGNED