# EXHIBIT A

## Plan Funding Commitment

**[To be Filed]**

# Schedule 6.1

## List of Assumed Executory Contracts and Unexpired Leases

## [To Be Filed]

# Schedule 6.5

# List of Rejected Executory Contracts and Unexpired Leases

# [To Be Filed]