IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FKF MADISON GROUP OWNER, LLC, *et al.*[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 10- 11867 (KG)<br>)<br>)<br>) Jointly Administered<br>)<br>) **Objection Deadline: July 7, 2011 at 4:00 p.m.**<br>) **Hearing Date: July 14, 2011 at 2:30 p.m.**<br>) |

## MOTION OF MORRIS JAMES LLP
## TO WITHDRAW AS COUNSEL TO
## GREEN BRIDGE CAPITAL S.A. AND SPECIAL SITUATION S.A.

Morris James LLP ("Movant") hereby moves the Court pursuant to D. Del. LR 83.7 and Del. Bankr. L.R. 9010-2 for entry of the attached Order permitting the withdrawal of its appearance as counsel for Green Bridge Capital S.A. ("GB") and Special Situation S.A. ("SS"). In support of this Motion, Movant states as follows:

1. GB and SS, through their New York counsel, contacted Movant to serve as their bankruptcy counsel in connection with certain now-completed litigation pending early in these jointly administered bankruptcy cases and other bankruptcy related issues.

2. GB's, SS's and Movant's engagement was evidenced by written retainer letter. Pursuant to the engagement letter, either GB and SS or Movant, was permitted to terminate the engagement at any time for any reason, subject on Movant's part to the applicable rules of professional conduct.

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner, LLC (6399); JMJS 23rd Street Realty Owner, LLC (6651); Madison Park Group Owner, LLC (3701); and Slazer Enterprises Owner, LLC (4339). The Debtors' mailing address is 230 Congers Road, New City, NY 10920.

3358426

3. The engagement letter further provided that if permission to withdraw is required by the Court, Morris James would promptly apply for such permission, and GB and SS agreed, in advance, that they consented to such withdrawal, waived any objection to such withdrawal and agreed, if required, to engage successor counsel to represent GB and SS.

4. On June 20, 2011, Movant provided written notice of termination of the engagement to GB and SS via email to each of GB and SS and their New York Counsel.

5. While, in accordance with the provisions of the engagement letter, Movant believes that Court approval of the withdrawal is not required, Movant is seeking such Order out of an abundance of caution. GB and SS have no currently pending issues before the Court.

6. Rule 61 of the Rules of the Supreme Court of the State of Delaware provide that the Delaware Lawyers' Rules of Professional Conduct govern the conduct of members of the Bar of this State. Rule 1.16(b) of the Delaware Lawyers' Rules of Professional Conduct govern the withdrawal of representation of clients. Movant avers that, where the client has agreed that such termination can be accomplished by written notice to the client, and consents in advance to such withdrawal, that cause for such withdrawal exists. R. Prof. Cond. 1.16(b)(7). Movant further avers that, pursuant to R. Prof. Cond. 1.16(b), other grounds for such withdrawal also exist.

7. Pursuant to D. Del. LR 83.7 and Del. Bankr. L.R. 9010-2(b) governing motions to withdraw, Movant has filed this Motion, served it by email upon GB, SS and their New York counsel, and by first class and registered mail, return receipt requested, upon GB's and SS's New York counsel, and, further, in accordance with the provisions of Del. Bankr. L.R. 9010-2(c) served a copy of the Motion by email, hand-delivery, or first class mail upon all counsel who have requested notices pursuant to Fed. R. Bankr. P. 2002. Under the circumstances, Movant requests that the Court find service of this Motion to Withdraw to be adequate under the

3358426

circumstances, and further requests that the Court waive further compliance with the provisions of Del. Bankr. L.R. 9010-2(b) and (c).

WHEREFORE, the Movant respectfully requests that the Court enter the attached Order allowing its withdrawal as counsel for GB and SS.

Dated: June 24, 2011                              **MORRIS JAMES LLP**

                                                   Carl N. Kunz, III (DE Bar No. 3201)
                                                   500 Delaware Avenue, Suite 1500
                                                   P.O. Box 2306
                                                   Wilmington, DE 19899-2306
                                                   Telephone: (302) 888-6800
                                                   Facsimile: (302) 571-1750
                                                   E-mail: ckunz@morrisjames.com

                                                   *Counsel for Green Bridge Capital S.A. and*
                                                   *Special Situation S.A.*

3358426