** THIS IS NOT A PLAN, A DISCLOSURE STATEMENT OR A SOLICITATION OF VOTES ON A PLAN **

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FKF MADISON GROUP OWNER, *et al.*,[1] | : | Case No. 10-11867 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Re: D.I. 477 & 548 |

## NOTICE OF FILING OF COMMITMENT LETTER AND CERTIFICATE DEMONSTRATING ONE MADISON FM, LLC'S FINANCIAL ABILITY TO PERFORM

PLEASE TAKE NOTICE that, on May 31, 2011, the above-captioned debtors (collectively, the "Debtors") filed the *Debtors' Motion For Entry of an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof* [D.I. 477] (the "Second Exclusivity Motion").

PLEASE TAKE FURTHER NOTICE that, on July 7, 2011, One Madison FM, LLC ("OMF") filed its objection to the Second Exclusivity Motion [D.I. 548] (the "OMF Exclusivity Objection").

PLEASE TAKE FURTHER NOTICE that attached hereto as **"Exhibit A"** is OMF's binding commitment for the acquisition of the Debtors or the Debtors' assets (the "Commitment Letter") and attached hereto as **"Exhibit B"** is a certificate demonstrating OMF's

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner, LLC (6399); JMJS 23rd Street Realty Owner, LLC (6551); Madison Park Group Owner, LLC (3701); and Slazer Enterprises Owner, LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.

financial ability to perform (the "Certificate"). The Commitment Letter and the Certificate are being filed in support of the OMF Exclusivity Objection and will be considered at the hearing on the Second Exclusivity Motion which is currently scheduled for July 14, 2011 at 2:30 p.m. (Eastern Daylight Time).

Dated: July 12, 2011
      Wilmington, Delaware

/s/ *Zachary I. Shapiro*
Russell C. Silberglied (No. 3462)
Zachary I. Shapiro (No. 5103)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**HAYNES AND BOONE, LLP**
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
Lenard M. Parkins (admitted *pro hac vice*)
Lawrence Mittman (admitted *pro hac vice*)
Trevor R. Hoffmann (admitted *pro hac vice*)

*Counsel to One Madison FM, LLC*