IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON GROUP OWNER, LLC, *et al.*,[1] | ) | Case No. 10-11867 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 14, 2011 AT **10:00 A.M.** (EASTERN TIME)[3]

**AT THE REQUEST OF THE COURT, THE HEARING TIME HAS BEEN CHANGED FROM 2:30 P.M. (EASTERN TIME) TO 10:00 A.M. (EASTERN TIME).**

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

*The Wills Group Family Limited Partnership v. FKF Madison Group Owner LLC, et al. (Adv. Case No. 11-51661)*

1. Complaint for Declaratory Judgment, Imposition of Constructive Trust and Other Relief Relating to Determination of Rights in Real Property; [for Damages and Constructive Trust Against Secured Creditor] and for Related Relief (Main Case D.I. 391, Adv. D.I. 1, Filed 3/31/11).

    Answer/Response Deadline: May 9, 2011 at 4:00 p.m. (Eastern Time), extended to July 22, 2011 for the Debtors and other defendants.

    Responses Received:

    (a) Appendix to Opening Brief of Defendant SFI Belmont LLC, as Successor in Interest to iStar Tara LLC, in Support of its Motion to Dismiss Plaintiff's Adversary Proceeding Complaint (A.D.I. 5, Filed 5/9/11); and

    (b) Opening Brief of Defendant SFI Belmont LLC, as Successor in Interest to iStar Tara LLC, in Support of its Motion to Dismiss Plaintiff's Adversary Proceeding Complaint [Re: A.D.I. 4 – Amended Image] (D.I. 6, Filed 5/12/11).

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.

[2] **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

[3] The hearing will be held before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

4371652.1

Related Pleading:

(a) Notice of Completion of Service of Process (A.D.I. 3, Filed 4/26/11).

Status: By agreement of the parties, the pretrial conference has been continued to the hearing scheduled for August 22, 2011 at 11:00 a.m. (Eastern Time).

2. Motion Of 16 Madison Square Housing Corp. For Relief From The Automatic Stay (D.I. 460, Filed 5/24/11).

Objection Deadline: June 7, 2011 at 4:00 p.m. (Eastern Time), extended to August 9, 2011 for the Debtors.

Objections Received: None.

Related Pleadings: None.

Status: By agreement of the parties, this matter has been continued to the hearing scheduled for August 22, 2011 at 11:00 a.m. (Eastern Time).

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.):

3. Claimant Jan-Willem Van Den Dorpel's Motion For Leave To File Late Proofs Of Claim (D.I. 483, Filed 6/8/11).

Objection Deadline: June 27, 2011 at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Pleadings:

(a) C.N.O. [Re: D.I. 483] (D.I. 527, Filed 6/29/11); and

(b) Proposed Form Of Order.

Status: No objections have been received and a certificate of no objection has been filed with the Court.

4. Debtors' Third Motion For An Order Pursuant To Rules 9006 and 9027 Of The Federal Rules Of Bankruptcy Procedure To Enlarge The Time Within Which The Debtors May File Notices Of Removal Of Related Procedures (D.I. 501, Filed 6/16/11).

Objection Deadline: June 29, 2011 at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Pleadings:

(a) C.N.O. [Re: D.I. 501] (D.I. 541, Filed 76/11); and

(b) Proposed Form Of Order.

Status: No objections have been received and a certificate of no objection has been filed with the Court.

5. Motion of Morris James LLP to Withdraw as Counsel to Green Bridge Capital S.A. and Special Situation S.A. (D.I. 523, Filed 6/24/11).

Objection Deadline: July 7, 2011 at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Pleadings:

(a) C.N.O. [Re: D.I. 523] (D.I. 552, Filed 7/8/11); and

(b) Order Approving Motion of James LLP to Withdraw as Counsel to Green Bridge Capital S.A. and Special Situation S.A. [Re: D.I. 523] (D.I. 557, Entered 7/11/11).

Status: The order approving the Motion has been entered by the Court. No hearing is required.

UNCONTESTED MATTERS GOING FORWARD:

None at this time.

CONTESTED MATTERS GOING FORWARD:

6. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof (D.I. 477, Filed 5/31/11).

Objection Deadline: June 14, 2011 at 4:00 p.m. (Eastern Time).

Responses Received:

(a) Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof Preliminary Objection Of Amalgamated Bank To The Debtors' (D.I. 495, Filed 6/14/11);

(b) One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(D) Further Extending Their Exclusive Periods (D.I. 548, Filed 7/7/11);

(c) Statement of 23 East 22nd Street (NY) LLC and HFZ Capital Group LLC in Support of Debtors Motion to Extend the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan And Solicit Acceptances Thereof (D.I. 565, Filed 7/11/11); and

.

**(d)** **Notice Of Filing of Commitment Letter And Certificate Demonstrating One Madison FM, LLC's Financial Ability To Perform (D.I. 575, Filed 7/12/11).**

Related Pleading:

(a) Debtors' Reply To One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(D) Further Extending Their Exclusive Periods (D.I. 569, Filed 7/11/11).

Status: This matter is going forward.

7. Emergency Motion Of The Official Committee Of Unsecured Creditors To Extend The Period Within Which Debtors And The Committee May Challenge The Validity, Enforceability And Perfection Of Certain Secured Claims And To Obtain Certain Related Relief (D.I. 503, Filed 6/20/11).

Objection Deadline: July 7, 2011 at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Pleadings:

(a) Notice Of Hearing (D.I. 506, Filed 6/21/11);

(b) Joinder Of Rance Masheck And Tim Lin Committee's Motion To Extend The Period Within Which Debtors And The Committee May Challenge The Validity, Enforceability And Perfection Of Certain Secured Claims And To Obtain Certain Related Relief (D.I. 526, Filed 6/29/11).

Status: The Committee and the Debtors' pre-petition secured lender remain in negotiations regarding the motion. This matter is going forward.

Dated: July 12, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Daniel B. Butz
Derek C. Abbott (Bar No. 3376)
Daniel B. Butz (Bar No. 4227)
Erin R. Fay (Bar No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
dbutz@mnat.com
efay@mnat.com

*Counsel to Debtors and Debtors in Possession*