# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

**Debtor:** FKF Madison Group Owner LLC, et al.
**Case Number:** 10-11867-KG **Chapter:** 11
**Date / Time / Room:** THURSDAY, JULY 14, 2011 10:00 AM  CRT#3, 6TH FL.
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:** SHERRY SCARUZZI
**Reporter / ECR:** GINGER MACE

## Matters:

1) Omnibus, Exclusivity, & FEE APPLICATIONS
   **R / M #:** 589 / 0

2) **ADV: 1-11-51661**
   **THE WILLS GROUP FAMILY LIMITED PARTNERSH vs FKF Madison Group Owner LLC, JMJS 23rd S**
   Pretrial Conference
   **R / M #:** 8 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - #2 - Continued to 8/22/11 at 11:00 a.m.
#3 - #5 - CNO Filed and Order Signed
#6 - Abeyance for 45 days
#7 - ORDER SIGNED