# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FKF MADISON GROUP OWNER LLC, *et al.*[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 10- 11867 (KG)<br>)<br>) Jointly Administered<br>)<br>) **Hearing Date:**<br>) **Adjourned To A Date To Be Determined**<br>) **Objection Deadline:**<br>) **Adjourned To A Date To Be Determined** |

## NOTICE OF ADJOURNMENT OF HEARING AND OBJECTION DATE OF THE DISCLOSURE STATEMENT FOR THE DEBTORS' JOINT PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that on June 15, 2011, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Joint Consolidated Plan of Reorganization for FKF Madison Group Owner LLC and Its Affiliated Debtors* (as may be amended, the "Plan") (D.I. 498) and the *Disclosure Statement With Respect to Debtors Joint Consolidated Plan of Reorganization For FKF Madison Group Owner LLC and Its Affiliated Debtors* (as may be amended, the "Disclosure Statement") (D.I. 499) with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that on June 23, 2011, the Debtors filed the *Notice of Hearing and Objection Deadline of the Disclosure Statement for the Debtors' Joint Plan of Reorganization* (D.I. 507), therein providing notice that July 21, 2011 was the objection deadline with respect the Disclosure Statement (the "Objection Deadline");

**PLEASE TAKE FURTHER NOTICE** that on July 11, 2011, the Debtors filed the *Motion of the Debtors for the Entry of an Order (i) Approving Disclosure Statement, (ii) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Chapter 11 Plan of Reorganization, (iii) Establishing Voting Record Date, (iv) Scheduling a Hearing on Confirmation of Chapter 11 Plan of Reorganization, (v) Approving the Form of Ballots and Solicitation Materials, (vi) Approving Related Notice Procedures, (vii) Authorizing the Debtors to Act as their Own Balloting Agent, (viii) Approving Cure Procedures and (ix) Granting Related Relief* (the "Disclosure Statement Motion") (D.I. 566);

**PLEASE TAKE FURTHER NOTICE** that the Debtors have agreed to adjourn the hearing on the Disclosure Statement (the "Disclosure Statement Hearing") and extend the Objection Deadline to a date to be determined;

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Disclosure Statement and Plan. The Disclosure Statement and Plan are on file with, and may be examined by, interested parties at the Office of the Clerk of the Bankruptcy Court, 824 North Market Street, Wilmington, DE 19801, during regular business hours. In addition, a copy of the Disclosure Statement and Plan may be obtained upon written request to the below-signed counsel, by calling 302-658-9200, or by emailing efay@mnat.com;

**PLEASE TAKE FURTHER NOTICE** that upon approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtors who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

Dated: July 20, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*_____
Derek C. Abbott (Bar No. 3376)
Erin R. Fay (Bar No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

4383952.1

*Counsel to Debtors and Debtors in Possession*