IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON GROUP OWNER, LLC, *et al.*,[1] | ) | Case No. 10-11867 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
**TELEPHONIC**[3] HEARING ON JULY 28, 2011 AT 11:00 A.M. (EASTERN TIME)

**AT THE REQUEST OF THE COURT, THE HEARING WILL BE HELD TELEPHONICALLY.**

CONTINUED/RESOLVED/WITHDRAWN MATTER:

1.  Motion of the Debtors for the Entry of an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Chapter 11 Plan of Reorganization, (III) Establishing Voting Record Date, (IV) Scheduling a Hearing on Confirmation of Chapter 11 Plan of Reorganization, (V) Approving the Form of Ballots and Solicitation Materials, (VI) Approving Related Notice Procedures, (VII) Authorizing the Debtors to act as their own Balloting Agent, (VIII) Approving Cure Procedures and (IX) Granting Related Relief (D.I. 566, Filed 7/11/11).

    Objection Deadline: July 21, 2011 at 4:00 p.m. (Eastern Time), extended to a date to be determined.

    Responses Received: None, as yet.

    Related Pleadings:

    (a)  Debtors' Joint Consolidated Plan Of Reorganization For FKF Madison Group Owner, LLC And Its Affiliated Debtors (D.I. 498, Filed 6/15/11);

---

[1]  The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.

[2]  **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

[3]  **The telephonic hearing will be held before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware. Any party wishing to attend telephonically is required to make arrangements through CourtCall by telephone at (866-582-6878) or by facsimile at (866-533-2946).**

(b) Disclosure Statement With Respect To Debtors' Joint Consolidated Plan Of Reorganization For FKF Madison Group Owner, LLC And Its Affiliated Debtors (D.I. 499, Filed 6/15/11);

(c) Notice Of Filing Of (1) Debtors' Joint Consolidated Plan Of Reorganization For FKF Madison Group Owner, LLC And Its Affiliated Debtors And (2) Disclosure Statement With Respect To Debtors' Joint Consolidated Plan Of Reorganization For FKF Madison Group Owner, LLC And Its Affiliated Debtors (D.I. 500, Filed 6/15/11);

(d) Notice Of Hearing And Objection Date Of The Disclosure Statement For The Debtors' Joint Plan Of Reorganization (D.I. 507, Filed 6/23/11); and

(e) Notice Of Adjournment Of Hearing And Objection Date Of The Disclosure Statement For The Debtors' Joint Plan Of Reorganization (D.I. 599, Filed 7/20/11).

Status: The Debtors have agreed to adjourn the hearing with respect to this matter and extend the objection deadline to a date to be determined.

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.):

None at this time.

UNCONTESTED MATTERS GOING FORWARD:

None at this time.

CONTESTED MATTER GOING FORWARD:

2. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof (D.I. 477, Filed 5/31/11).

Objection Deadline: June 14, 2011 at 4:00 p.m. (Eastern Time).

Responses Received:

(a) Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof Preliminary Objection Of Amalgamated Bank To The Debtors' (D.I. 495, Filed 6/14/11);

(b) One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(D) Further Extending Their Exclusive Periods (D.I. 548, Filed 7/7/11);

(c) Statement of 23 East 22nd Street (NY) LLC and HFZ Capital Group LLC in Support of Debtors Motion to Extend the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan And Solicit Acceptances Thereof (D.I. 565, Filed 7/11/11);

.

(d) Notice Of Filing of Commitment Letter And Certificate Demonstrating One Madison FM, LLC's Financial Ability To Perform (D.I. 575, Filed 7/12/11); and

(e) Limited Response Of Amalgamated Bank To Debtors' Reply To One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To § 1121(d) Further Extending Their Exclusive Periods (D.I. 586, Filed 7/13/11).

Related Pleading:

(a) Debtors' Reply To One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(D) Further Extending Their Exclusive Periods (D.I. 569, Filed 7/11/11).

Status: This matter is going forward as a status conference.

Dated: July 27, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/Erin R. Fay
Derek C. Abbott (Bar No. 3376)
Daniel B. Butz (Bar No. 4227)
Erin R. Fay (Bar No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
dbutz@mnat.com
efay@mnat.com

*Counsel to Debtors and Debtors in Possession*