**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FKF MADISON GROUP OWNER, LLC, *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 10-11867 (KG)<br><br>Jointly Administered<br><br>**Re: Docket No. 570** |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY
APPLICATION OF PERKINS COIE LLP, AS ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM MAY 1, 2011 THROUGH MAY 31, 2011**

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the **Third Monthly Application of Perkins Coie LLP, as Attorneys for the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2011 through May 31, 2011** [Docket No. 570] (the "Application") filed on July 11, 2011. The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, responses to the Application were to be filed and served no later than August 1, 2011 at 4:00 p.m. (ET).

---

[1] The Debtors, followed by the last four digits of their tax identification numbers are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC 28277.

2106128.1

Pursuant to the Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016 and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation of Fees and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 373], no further order is required and Perkins Coie LLP is entitled to receive 80% of its fees and 100% of its expenses.

Dated: August 3, 2011
Wilmington, Delaware

**POLSINELLI SHUGHART PC**

　 */s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

-and-

Schuyler G. Carroll, Esq.
**PERKINS COIE LLP**
30 Rockefeller Plaza, 25th Floor
New York, New York 10112
Telephone: (212) 262-6905
Facsimile: (212) 977-1636
scarroll@perkinscoie.com

COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS