IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FKF MADISON GROUP OWNER, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11867 (KG)<br>(Jointly Administered)<br><br>Re: D.I. 536 |

## NOTICE OF EXTENDED BUDGET AND TERM OF DEBTORS' POST-PETITION FINANCING IN ACCORDANCE WITH THE SECOND ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c) AND FED. R. BANKR. P. 2002, 4001 AND 9014 AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING

**PLEASE TAKE NOTICE** that in accordance with paragraph four of the *Second Order Pursuant 11 U.S.C. §§ 105, 361, 362, 364(c) and Fed. R. Bankr. P. 2002, 4001 and 9014 Authorizing Debtors To Obtain Post-Petition Financing* (D.I. 536) entered by this Court on July 1, 2011,[1] the above-captioned debtors and debtors-in-possession hereby give notice of the following:

1. The Approved Budget, providing financing for the Debtors through August 31, 2011, shall be that which is attached hereto as Exhibit A.

2. The New Maturity Date shall be extended through and including August 31, 2011.

Dated: August 4, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel to Debtors and Debtors in Possession*

---

[1] Undefined capitalized terms used herein shall have the meanings ascribed to them in such order.