# **Exhibit A**

Budget

One Madison
D.I.P. Financing
Updated: July 27, 2011



| | 1 Feb-11 | 2 3/3/2011 | 3 3/17/2011 | 4 Apr-11 | 5 May-11 | 6 Jun-11 | cumulative variance | 7 accrual Jul-11 | 8 accrual Aug-11 |
|---|---|---|---|---|---|---|---|---|---|
| **PROPERTY OPERATING EXPENSES** | | | | | | | | | |
| Administrative Expenses | | 5,000 | | 5,725 | 5,000 | 5,000 | 1,640 | 5,110 | 5,110 |
| Operating Expenses | | 2,458 | | 17,711 | 7,853 | 8,077 | 9,981 | 19,900 | 11,150 |
| Payroll Expenses | | 55,726 | | 50,673 | 42,027 | 52,566 | 33,008 | 49,350 | 49,350 |
| Repairs & Maintenance | | 3,130 | | 11,468 | 7,648 | 5,199 | 8,055 | 9,899 | 7,299 |
| Condo Association Tax | | | | | | | | 750 | 500 |
| Utilities Expenses | | 37,262 | | 59,522 | 24,225 | 58,384 | 2,807 | 46,100 | 33,100 |
| Condo Association Accountant | | | | | 7,000 | | 3,000 | | |
| Real Estate Taxes | | 260,813 | | 183,691 | | | 5,504 | 349,711 | |
| Construction Management Related Expenses | | 125,633 | | 22,606 | 33,813 | 36,659 | 65,619 | 36,200 | 30,000 |
| Con Ed Deposit and Unmetered Electric Invoice | | | | 20,265 | | | 88,931 | | |
| Relocation of flue/Flamingo settlement | | | | | | | | | |
| Insurance | | | | 104 | 517,404 | | 38,896 | | |
| Receiver and his professionals | | | | | 150 | 177 | 36,471 | | |
| Contingency | | 3,093 | | 109 | | | | | |
| **Total Property Operating Expenses** | - | 493,115 | - | 371,874 | 645,120 | 166,062 | 293,912 | 517,020 | 136,509 |
| **Cumulative Property Level Expenses** | - | 493,115 | 493,115 | 864,989 | 1,510,109 | 1,676,171 | 1,970,083 | 2,487,103 | 2,623,612 |

Notes
February through June represents actual expenses paid by Debtors as reported by the Senior Bankruptcy Officer Monthly Reports
July-August Budget represents the New Condo Association Budget (where applicable)
Construction Management Related Expenses includes Bovis at $30k/mo plus permit related charges (TCO, DOT, DOB)
$89,196 Con Ed unmetered invoice remains unresolved

| | 1 Feb-11 | 2 3/3/2011 | 3 3/17/2011 | 4 Apr-11 | 5 May-11 | 6 Jun-11 | cumulative variance | 7 accrual Jul-11 | 8 accrual Aug-11 |
|---|---|---|---|---|---|---|---|---|---|
| **PETITIONER RELATED EXPENSES** | | | | | | | | | |
| 421-a Legal- Seiden | | | | 4,430 | 3,200 | | | 5,000 | 5,000 |
| Condo Attorney for Offering Plan | | | | | | | | | |
| Creditor's Committee Fee | | | | 75,000 | | 65,000 | 65,000 | 65,000 | 50,000 |
| Senior Bankruptcy Officer | 39,775 | | | 55,680 | 65,000 | 65,000 | | 60,000 | 45,000 |
| Debtors' Counsel | 113,287 | | | 181,906 | 48,775 | 39,327 | 45,000 | 400,000 | 250,000 |
| Debtors' Accountant | | | | 105,504 | 156,909 | 200,000 | | | 22,500 |
| US Trustee Fee | | | | 5,350 | 5,000 | 5,000 | 5,000 | | |
| Senior Bankruptcy Officer's Insurance Policy | | | | 2,600 | 7,475 | | 2,807 | 7,475 | |
| Cost of Publication for Bar Date Notice | | | | 4,829 | | | 4,000 | | |
| IIS Management | | | | 4,027 | | 29,250 | 25,000 | 25,000 | 25,000 |
| Independent Managers for Four Debtors | | | | | | | | 12,504 | |
| **Total Petitioner Related Expenses** | 153,062 | - | - | 329,392 | 228,709 | 306,161 | 344,000 | 574,979 | 397,500 |
| **Cumulative Petitioner Related Expenses** | 153,062 | 153,062 | 153,062 | 482,454 | 711,163 | 1,017,323 | 1,361,323 | 1,936,302 | 2,333,802 |

Condo Attorney for Offering Plan - no costs have been incurred; work projected to start in Sept.
Creditor Committee Fee reflected February-June are as originally projected in Final DIP Order budget dated 3/16/11. Invoices from Perkins Coie for time April-June recently submitted.
Actual payments made through 7/27 are $145,803
Senior Bankruptcy fees from Feb through June show actual costs incurred in the month (but not necessarily funded in that month). Funding has been made through June; July-Aug are budgets of accruals
August amount subject to increase by agreement of Debtors and Administrative Lender.
Debtors' Counsel fees from Feb through May show actual time charges and expenses incurred in the month (but not necessarily funded in that month). May invoice (80% fees + 100% expenses) paid 1st week of J
June through August show budgets of accruals; August amount subject at increase by agreement of Debtors and Administrative Lender.
Debtors' Accountant shows actual costs incurred and paid through May - June through August are budgets of accruals ($10k bookkeeper, $17.5k tax accountants for 2008-2010). Additional $32.5k post Aug
US Trustee Fee shows actual costs incurred and paid through May - June through August are budgets of accruals
Senior Bankruptcy Officer's Insurance Policy shows actual costs incurred and paid through May - no additional expense is projected; August amount subject to increase by agreement of Debtors and Administrativ
Cost of Publication for Bar Date Notice shows actual costs incurred in the month (but not necessarily funded in that month). Funding has been made through June; July-Aug are budgets of accruals
IIS Management fees from Feb through May show actual costs incurred in the month and paid through May. Projected cost $10k for first 3 months starting Sept and $3.5k/mo thereafter; additional $2,504 for statutory representation (CSC)
Independent Managers for Four Debtors - no expense to date. Projected cost $10k for first 3 months starting Sept and $3.5k/mo thereafter; additional $2,504 for statutory representation (CSC)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL DIP FINANCING-BY MONTH** | 153,062 | 493,115 | - | 329,392 | 600,583 | 951,281 | 510,062 | 1,091,999 | 534,009 |
| **ACCUMULATED TOTAL** | 153,062 | 646,177 | 975,569 | 1,576,152 | 2,527,432 | 3,037,494 | 3,331,406 | 4,423,406 | 4,957,415 |