IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FKF MADISON GROUP OWNER, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11867 (KG)<br>(Jointly Administered)<br><br>Re: D.I. 536 |

**NOTICE OF SECOND EXTENDED BUDGET AND TERM OF DEBTORS' POST-PETITION FINANCING IN ACCORDANCE WITH THE SECOND ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c) AND FED. R. BANKR. P. 2002, 4001 AND 9014 AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING**

**PLEASE TAKE NOTICE** that in accordance with paragraph four of the *Second Order Pursuant 11 U.S.C. §§ 105, 361, 362, 364(c) and Fed. R. Bankr. P. 2002, 4001 and 9014 Authorizing Debtors To Obtain Post-Petition Financing* (D.I. 536) entered by this Court on July 1, 2011,[1] the above-captioned debtors and debtors-in-possession hereby give notice of the following:

1. Effective as of September 6, 2011, the Approved Budget, providing post-petition financing for the Debtors through September 30, 2011, shall be that which is attached hereto as <u>Exhibit A</u>.

2. Effective as of September 6, 2011, the New Maturity Date for the Debtors' post-petition financing shall be extended through and including September 30, 2011.

Dated: August 31, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek C. Abbott

Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel to Debtors and Debtors in Possession*

---

[1] Undefined capitalized terms used herein shall have the meanings ascribed to them in such order.

# Exhibit A

Budget

**One Madison**
**D.I.P. Financing**
**Updated: August 29, 2011**

| | 1<br>Feb-11 | 2<br>3/3/2011 | 3<br>3/17/2011 | 4<br>Apr-11 | 5<br>May-11 | 6<br>Jun-11 | 7<br>Jul-11 | cumulative<br>variance | 8<br>Aug-11 | 9<br>Sep-11 |
|---|---|---|---|---|---|---|---|---|---|---|
| **PROPERTY OPERATING EXPENSES** | | | | | | | | | | |
| Administrative Expenses | | | | 5,725 | 5,000 | 5,000 | 5,000 | 1,750 | 5,110 | 5,110 |
| Operating Expenses | | 2,458 | | 17,711 | 7,853 | 8,077 | 17,631 | 12,250 | 11,150 | 17,550 |
| Payroll Expenses | | 55,726 | | 50,673 | 42,027 | 52,566 | 41,746 | 40,612 | 49,350 | 49,350 |
| Repairs & Maintenance | | 3,130 | | 11,468 | 7,648 | 5,199 | 3,984 | 13,970 | 7,299 | 7,299 |
| Condo Association Tax | | | | | | | | 750 | 500 | |
| Utilities Expenses | | 37,262 | | 59,522 | 24,225 | 58,384 | 31,693 | 17,214 | 33,100 | 39,000 |
| Condo Association Accountant | | | | | 7,000 | | | 3,000 | | 4,000 |
| Real Estate Taxes | | 260,813 | | 183,691 | | | 350,033 | 5,182 | | |
| Construction Management Related Expenses | | 125,633 | | 22,606 | 33,813 | 36,659 | 28,340 | 73,479 | 30,000 | 33,600 |
| Con Ed Deposit and Unmetered Electric Invoice | | | | 20,265 | | | | 88,931 | | |
| Relocation of flue | | | | | | | | | | 10,000 |
| Insurance | | | | 104 | | | | 38,896 | | |
| Receiver and his professionals | | | | | 517,404 | | | | | |
| Contingency | | 3,093 | | 109 | 150 | 177 | 165 | 36,306 | | 5,000 |
| **Total Property Operating Expenses** | - | 493,115 | - | 371,874 | 645,120 | 166,062 | 478,592 | 332,340 | 136,509 | 170,909 |
| **Cumulative Property Level Expenses** | - | 493,115 | 493,115 | 864,989 | 1,510,109 | 1,676,171 | 2,154,763 | 2,487,103 | 2,623,612 | 2,794,521 |

**Notes**
February through July represents actual expenses paid by Debtors as reported by Senior Bankruptcy Officer Monthly Reports
Aug-Sept Budget represents the New Condo Association Budget (where applicable)
Operating expense includes additional insurance premium payments in Sept to increase coverage from $100MM to $140MM
Construction Management Related Expenses includes Bovis at $30k/mo plus permit related charges (TCO, DOT, DOB)
$89,196 Con Ed unmetered invoice remains unresolved
Owner is in the process of getting quotes for additional property/liability insurance and will add to budget once received and approved

| | 1<br>Feb-11 | 2<br>3/3/2011 | 3<br>3/17/2011 | 4<br>Apr-11 | 5<br>May-11 | 6<br>Jun-11 | accrual<br>7<br>Jul-11 | cumulative<br>variance | accrual<br>8<br>Aug-11 | accrual<br>9<br>Sep-11 |
|---|---|---|---|---|---|---|---|---|---|---|
| **PETITIONER RELATED EXPENSES** | | | | | | | | | | |
| 421-a Legal- Seiden | | | | 4,430 | 3,200 | 2,683 | 706 | | 5,000 | 5,000 |
| Condo Attorney for Offering Plan | | | | | | | | | | 10,000 |
| Creditor's Committee Fee | 41,777 | | 103,116 | 103,719 | 64,149 | 79,074 | 65,000 | | 50,000 | 50,000 |
| Senior Bankruptcy Officer | 39,775 | | 55,680 | 48,775 | 39,327 | 45,000 | 43,784 | | 45,000 | 45,000 |
| Debtors' Counsel | 113,287 | | 181,906 | 105,504 | 156,909 | 217,839 | 204,277 | | 250,000 | 220,000 |
| Debtors' real estate counsel (proposed) | | | | | | | | | | 50,000 |
| Debtors' Accountant | | | 5,350 | 5,000 | 5,000 | | 5,000 | | 22,500 | |
| US Trustee Fee | | | 2,600 | | 7,475 | | 7,475 | | | |
| Senior Bankruptcy Officer's Insurance Policy | | | 4,829 | | | | | | | |
| Legal Publication Notices | | | 4,027 | | | | | | | 4,000 |
| US Management | | | | | 29,250 | 23,508 | 24,887 | | 25,000 | 25,000 |
| Statutory Representation for Four Debtors | | | | | | | 1,136 | | | |
| **Total Petitioner Related Expenses** | 194,839 | - | 357,508 | 267,428 | 305,310 | 368,104 | 352,265 | - | 397,500 | 409,000 |
| **Cumulative Petitioner Related Expenses** | 194,839 | 194,839 | 552,347 | 819,775 | 1,125,084 | 1,493,188 | 1,845,453 | | 2,242,953 | 2,651,953 |

421-a Legal-Seiden represents actual expenses incurred but not necessarily funded thru July. 421a related fees capped at $50k. Not all fees related to 421a.
Condo Attorney for Offering Plan - no costs have been incurred; work projected to start in September
Creditor Committee Fee from Feb through June show actual time charges and expenses incurred in the month (but not necessarily funded); July-Sept are budgets of accruals.
Senior Bankruptcy fees from Feb through July show actual costs incurred in the month (but not necessarily funded). Funding has been made through July; Aug-Sept are budgets of accruals. Retainer not reflected.
Debtors' Counsel fees from Feb through July show actual time charges and expenses incurred in the month (but not necessarily funded); Aug-Sept are budget of accruals. Retainer not reflected.
Debtors' real estate counsel pending application and approval.
Debtors' Accountant shows actual costs incurred and paid through July; Aug-Sept are budgets of accruals ($22.5k tax accountants for 2008-2010)
US Trustee Fee shows actual costs incurred and paid through 2nd qtr 2011; 3rd qtr 2011 payment will be due in Oct.
Senior Bankruptcy Officer's Insurance Policy shows actual costs incurred and paid through July - no additional expense is projected
Legal Publication Notices shows actual costs incurred and paid through July; Aug-Sept are budgets of accruals
US Management fees from Feb through July show actual costs incurred in the month (but not necessarily funded). Funding has been made through July; Aug-Sept are budgets of accruals; current agreement expires 8/31.
Statutory rep $1,136 pro-rata post-petition expense thru 10/31/11; $2,506 annual payment due Nov.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL DIP FINANCING- BY MONTH** | 194,839 | 493,115 | 357,508 | 639,302 | 950,430 | 534,166 | 830,857 | 332,340 | 534,009 | 579,909 |
| **ACCUMULATED TOTAL** | 194,839 | 687,954 | 1,045,462 | 1,684,764 | 2,635,193 | 3,169,359 | 4,000,216 | 4,332,556 | 4,866,565 | 5,446,474 |