# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | FKF Madison Group Owner LLC, et al. | | |
| **Case Number:** | 10-11867-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 08, 2011 12:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## Matter:

TELEPHONIC Status Conference  (Note: Date/Time change)

**R / M #:**   648 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 -  Adjourned - the hearing with respect to this matter and extend the objection deadline to a date to be determined.
#2 - Status Conference -  Date scheduled for 9/15/11 @ 2:30 pm