IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON GROUP OWNER, LLC, *et al.*,[1] | ) | Case No. 10-11867 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 15, 2011 AT 2:30 P.M. (EASTERN TIME)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

*The Wills Group Family Limited Partnership v. FKF Madison Group Owner LLC, et al. (Adv. Case No. 11-51661)*

1. Complaint for Declaratory Judgment, Imposition of Constructive Trust and Other Relief Relating to Determination of Rights in Real Property; [for Damages and Constructive Trust Against Secured Creditor] and for Related Relief (Main Case D.I. 391, Adv. D.I. 1, Filed 3/31/11).

    Answer/Response Deadline: May 9, 2011 at 4:00 p.m. (Eastern Time), extended to September 30, 2011 for the Debtors and other defendants.

    Responses Received:

    (a) Appendix to Opening Brief of Defendant SFI Belmont LLC, as Successor in Interest to iStar Tara LLC, in Support of its Motion to Dismiss Plaintiff's Adversary Proceeding Complaint (A.D.I. 5, Filed 5/9/11); and

    (b) Opening Brief of Defendant SFI Belmont LLC, as Successor in Interest to iStar Tara LLC, in Support of its Motion to Dismiss Plaintiff's Adversary Proceeding Complaint [Re: A.D.I. 4 – Amended Image] (D.I. 6, Filed 5/12/11).

    Related Pleading:

    (a) Notice of Completion of Service of Process (A.D.I. 3, Filed 4/26/11).

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.

[2] The hearing will be held before the Honorable Kevin Gross, Chief Judge at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

Status: By the agreement of the parties, the pretrial conference is being continued to a date to be determined.

2. Motion Of 16 Madison Square Housing Corp. For Relief From The Automatic Stay (D.I. 460, Filed 5/24/11).

   Objection Deadline: June 7, 2011 at 4:00 p.m. (Eastern Time), extended to October 13, 2011 for the Debtors.

   Objections Received: None.

   Related Pleadings: None.

   Status: By agreement of the parties, this matter has been continued to the hearing scheduled for October 20, 2011 at 10:00 a.m. (Eastern Time).

*Stephen Kraus, Mitchell Kraus and Barbara Kraus v. FKF Madison Group Owner LLC, et al. (Adv. Case No. 11-52526)*

3. Complaint To Determine Extent Of Interest In Property And For Declaratory Relief In Connection Therewith (Main Case D.I. 554, Adv. D.I. 1, Filed 7/8/11).

   Answer/Response Deadline: August 15, 2011 at 4:00 p.m. (Eastern Time), extended to October 3, 2011 for the Debtors.

   Responses Received: None, as yet.

   Related Pleadings:

   (a) Summons And Notice Of Pretrial Conference In An Adversary Proceeding (A.D.I. 3, Filed 7/14/11); and

   (b) Notice Of Dispute Resolution Alternatives (A.D.I. 4, Filed 7/14/11)

   Status: By agreement of the parties, the pretrial conference has been continued to the hearing scheduled for October 20, 2011 at 10:00 a.m. (Eastern Time).

UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION (C.N.O.):

4. Debtors' Fourth Motion For An Order Pursuant To Rules 9006 And 9027 Of The Federal Rules Of Bankruptcy Procedure To Enlarge The Time Within Which The Debtors May File Notices Of Removal Of Related Proceedings (D.I. 643, Filed 8/29/11).

   Objection Deadline: September 8, 2011 at 4:00 p.m. (Eastern Time).

   Responses Received: None.

Related Pleadings:

(a) C.N.O. [Re: D.I. 643] (D.I. 650, Filed 9/13/11); and

(b) Proposed Form Of Order.

Status: No objections have been received and a certificate of no objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

None at this time.

CONTESTED MATTERS GOING FORWARD:

5. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof (D.I. 477, Filed 5/31/11).

Objection Deadline: June 14, 2011 at 4:00 p.m. (Eastern Time).

Responses Received:

(a) Preliminary Objection Amalgamated Bank To The Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof And Reservation Of Rights (D.I. 495, Filed 6/14/11);

(b) One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(D) Further Extending Their Exclusive Periods (D.I. 548, Filed 7/7/11);

(c) Statement of 23 East 22nd Street (NY) LLC and HFZ Capital Group LLC in Support of Debtors Motion to Extend the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan And Solicit Acceptances Thereof (D.I. 565, Filed 7/11/11);

(d) Notice Of Filing of Commitment Letter And Certificate Demonstrating One Madison FM, LLC's Financial Ability To Perform (D.I. 575, Filed 7/12/11); and

(e) Limited Response Of Amalgamated Bank To Debtors' Reply To One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To § 1121(d) Further Extending Their Exclusive Periods (D.I. 586, Filed 7/13/11).

Related Pleading:

(a) Debtors' Reply To One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(D) Further Extending Their Exclusive Periods (D.I. 569, Filed 7/11/11).

Status: This matter is going forward as a status conference.

6. Notice Of Hearing To Consider Quarterly Fee Application Requests Of Professionals For The Period May 1, 2011 Through July 31, 2011 (unless otherwise indicated) (D.I. 611, Filed 8/3/11).

Response Received:

(a) Objection To First Monthly Application Of Perkins Coie For The Period From March 2, 2011 through March 31, 2011 (D.I. 464, Filed 5/26/11).

Related Pleading:

(a) Fee Application Exhibit (attached hereto as Exhibit A).

Status: This matter is going forward.

| | |
|---|---|
| Dated: September 13, 2011<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Erin R. Fay<br>Derek C. Abbott (Bar No. 3376)<br>Daniel B. Butz (Bar No. 4227)<br>Erin R. Fay (Bar No. 5268)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@mnat.com<br>        dbutz@mnat.com<br>        efay@mnat.com<br><br>*Counsel to Debtors and Debtors in Possession* |

4482897.2