IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON GROUP OWNER, LLC, *et al.*,[1] | ) | Case No. 10-11867 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF **AMENDED** AGENDA OF MATTERS SCHEDULED FOR **TELEPHONIC STATUS CONFERENCE** ON SEPTEMBER 15, 2011 AT 2:30 P.M. (EASTERN TIME)[2]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

*The Wills Group Family Limited Partnership v. FKF Madison Group Owner LLC, et al. (Adv. Case No. 11-51661)*

1.  Complaint for Declaratory Judgment, Imposition of Constructive Trust and Other Relief Relating to Determination of Rights in Real Property; [for Damages and Constructive Trust Against Secured Creditor] and for Related Relief (Main Case D.I. 391, Adv. D.I. 1, Filed 3/31/11).

    Answer/Response Deadline: May 9, 2011 at 4:00 p.m. (Eastern Time), extended to September 30, 2011 for the Debtors and other defendants.

    Responses Received:

    (a) Appendix to Opening Brief of Defendant SFI Belmont LLC, as Successor in Interest to iStar Tara LLC, in Support of its Motion to Dismiss Plaintiff's Adversary Proceeding Complaint (A.D.I. 5, Filed 5/9/11); and

    (b) Opening Brief of Defendant SFI Belmont LLC, as Successor in Interest to iStar Tara LLC, in Support of its Motion to Dismiss Plaintiff's Adversary Proceeding Complaint [Re: A.D.I. 4 – Amended Image] (D.I. 6, Filed 5/12/11).

    Related Pleading:

    (a) Notice of Completion of Service of Process (A.D.I. 3, Filed 4/26/11).

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.

[2] **The telephonic status conference will be held before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware. Any party wishing to attend telephonically is required to make arrangements through CourtCall by telephone at (866-582-6878) or by facsimile at (866-533-2946).**

Status: By the agreement of the parties, the pretrial conference is being continued to a date to be determined.

2. Motion Of 16 Madison Square Housing Corp. For Relief From The Automatic Stay (D.I. 460, Filed 5/24/11).

   Objection Deadline: June 7, 2011 at 4:00 p.m. (Eastern Time), extended to October 13, 2011 for the Debtors.

   Objections Received: None.

   Related Pleadings: None.

   Status: By agreement of the parties, this matter has been continued to the hearing scheduled for October 20, 2011 at 10:00 a.m. (Eastern Time).

*Stephen Kraus, Mitchell Kraus and Barbara Kraus v. FKF Madison Group Owner LLC, et al. (Adv. Case No. 11-52526)*

3. Complaint To Determine Extent Of Interest In Property And For Declaratory Relief In Connection Therewith (Main Case D.I. 554, Adv. D.I. 1, Filed 7/8/11).

   Answer/Response Deadline: August 15, 2011 at 4:00 p.m. (Eastern Time), extended to October 3, 2011 for the Debtors.

   Responses Received: None, as yet.

   Related Pleadings:

   (a) Summons And Notice Of Pretrial Conference In An Adversary Proceeding (A.D.I. 3, Filed 7/14/11); and

   (b) Notice Of Dispute Resolution Alternatives (A.D.I. 4, Filed 7/14/11).

   Status: By agreement of the parties, the pretrial conference has been continued to the hearing scheduled for October 20, 2011 at 10:00 a.m. (Eastern Time).

UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION (C.N.O.):

4. Debtors' Fourth Motion For An Order Pursuant To Rules 9006 And 9027 Of The Federal Rules Of Bankruptcy Procedure To Enlarge The Time Within Which The Debtors May File Notices Of Removal Of Related Proceedings (D.I. 643, Filed 8/29/11).

   Objection Deadline: September 8, 2011 at 4:00 p.m. (Eastern Time).

   Responses Received: None.

Related Pleadings:

(a) C.N.O. [Re: D.I. 643] (D.I. 650, Filed 9/13/11); and

(b) Proposed Form Of Order.

Status: No objections have been received and a certificate of no objection has been filed with the Court.

UNCONTESTED MATTERS GOING FORWARD:

None at this time.

CONTESTED MATTERS GOING FORWARD:

5. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof (D.I. 477, Filed 5/31/11).

Objection Deadline: June 14, 2011 at 4:00 p.m. (Eastern Time).

Responses Received:

(a) Preliminary Objection Amalgamated Bank To The Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof And Reservation Of Rights (D.I. 495, Filed 6/14/11);

(b) One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(D) Further Extending Their Exclusive Periods (D.I. 548, Filed 7/7/11);

(c) Statement of 23 East 22nd Street (NY) LLC and HFZ Capital Group LLC in Support of Debtors Motion to Extend the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan And Solicit Acceptances Thereof (D.I. 565, Filed 7/11/11);
.
(d) Notice Of Filing of Commitment Letter And Certificate Demonstrating One Madison FM, LLC's Financial Ability To Perform (D.I. 575, Filed 7/12/11); and

(e) Limited Response Of Amalgamated Bank To Debtors' Reply To One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To § 1121(d) Further Extending Their Exclusive Periods (D.I. 586, Filed 7/13/11).

Related Pleading:

(a) Debtors' Reply To One Madison FM, LLC's Objection To Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(D) Further Extending Their Exclusive Periods (D.I. 569, Filed 7/11/11).

Status: This matter is going forward as a telephonic status conference.

6. Notice Of Hearing To Consider Quarterly Fee Application Requests Of Professionals For The Period May 1, 2011 Through July 31, 2011 (unless otherwise indicated) (D.I. 611, Filed 8/3/11).

Response Received:

(a) Objection To First Monthly Application Of Perkins Coie For The Period From March 2, 2011 through March 31, 2011 (D.I. 464, Filed 5/26/11).

Related Pleadings:

(a) Fee Application Exhibit (attached hereto as Exhibit A);

**(b) Certification Of Counsel Regarding Stipulation Resolving Objection To The First Monthly Application Of Perkins Coie LLP, Attorneys For The Official Committee Of Unsecured Creditors, For Compensation For Services Rendered And Reimbursement Of Expenses For The Period From March 2, 2011 Through March 31, 2011 (D.I. 653, Filed 9/14/11); and**

**(c) Certification Of Counsel Regarding Proposed Omnibus Order Allowing Certain Professionals Interim Compensation For Services Rendered And Reimbursement Of Expenses (D.I. 654, Filed 9/14/11).**

Status: **The objection with respect to Perkins Coie LLP's first monthly fee application has been resolved. As of the filing of this Amended Agenda, no other responses or objections have been received with respect to the pending applications and certifications of no objection with respect to same have been filed with the Court. The Debtors have filed with and submitted to the Court a proposed omnibus fee order for the Court's review and consideration under certification of counsel. This matter is not going forward, unless otherwise directed by the Court.**

| | |
|---|---|
| Dated: September 14, 2011<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>　　　/s/ Erin R. Fay　　　　　　　<br>Derek C. Abbott (Bar No. 3376)<br>Daniel B. Butz (Bar No. 4227)<br>Erin R. Fay (Bar No. 5268)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@mnat.com<br>　　　　dbutz@mnat.com<br>　　　　efay@mnat.com<br><br>*Counsel to Debtors and Debtors in Possession* |