# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | FKF Madison Group Owner LLC, et al. |
| Case Number: | 10-11867-KG   Chapter: 11 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 15, 2011 02:30 PM   CRT#3, 6TH FL. |
| Bankruptcy Judge: | KEVIN GROSS |
| Courtroom Clerk: | SHERRY SCARUZZI |
| Reporter / ECR: | GINGER MACE |

## Matters:

1) Telephonic Status Conference
   R / M #:   655 / 0

2) **ADV: 1-11-51661**
   **THE WILLS GROUP FAMILY LIMITED PARTNERSH vs FKF Madison Group Owner LLC, JMJS 23rd S**
   Pretrial Conference
   R / M #:   15 / 0

3) **ADV: 1-11-52526**
   **Stephen Kraus vs FKF Madison Group Owner, LLC**
   Pretrial Conference
   R / M #:   7 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - 11-51661 Continued tbd
#2 - Continued to Oct. 20, 2011
#3 - 11-52526 Continued to Oct. 20, 2011
#4 -CNO Filed and Order Signed
#5 - Telephonic Status Conf. -  parties are continuing to discussions;  next status conference scheduled for 9/23 @ 4:00 pm
#6 - Certification of Counsel - ORDER SIGNED