## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>FKF MADISON GROUP OWNER LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 10-11867 (KG)<br>(Jointly Administered)<br><br>Re: D.I. 536 |

### NOTICE OF THIRD EXTENDED BUDGET AND TERM OF DEBTORS' POST-PETITION FINANCING IN ACCORDANCE WITH THE SECOND ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c) AND FED. R. BANKR. P. 2002, 4001 AND 9014 <u>AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING</u>

**PLEASE TAKE NOTICE** that in accordance with paragraph four of the *Second Order Pursuant 11 U.S.C. §§ 105, 361, 362, 364(c) and Fed. R. Bankr. P. 2002, 4001 and 9014 Authorizing Debtors To Obtain Post-Petition Financing* (D.I. 536) entered by this Court on July 1, 2011,[1] the above-captioned debtors and debtors-in-possession hereby give notice of the following:

1. Effective as of October 6, 2011, the Approved Budget, providing post-petition financing for the Debtors through December 31, 2011, shall be that which is attached hereto as <u>Exhibit A</u>.

2. Effective as of October 6, 2011, the New Maturity Date for the Debtors' post-petition financing shall be extended through and including December 31, 2011.

Dated: September 30, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Phone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel to Debtors and Debtors in Possession*

---

[1] Undefined capitalized terms used herein shall have the meanings ascribed to them in such order.