# Exhibit A

Budget

One Madison
D.I.P. Financing
Updated September 28, 2011



| | 1 Feb-11 | 2 3/3/2011 | 3 3/17/2011 | 4 Apr-11 | 5 May-11 | 6 Jun-11 | 7 Jul-11 | accrual 8 Aug-11 | cumulative variance | accrual 9 Sep-11 | accrual 10 Oct-11 | accrual 11 Nov-11 | accrual 12 Dec-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROPERTY OPERATING EXPENSES** | | | | | | | | | | | | | |
| Administrative Expenses | 5,000 | | | 5,725 | 5,000 | 5,000 | 5,000 | 5,000 | 1,860 | 5,110 | 5,110 | 5,110 | 5,110 |
| Operating Expenses | 2,458 | | | 17,711 | 7,853 | 8,077 | 17,631 | 16,577 | 6,823 | 17,550 | 11,150 | 34,300 | 13,550 |
| Payroll Expenses | 55,726 | | | 50,673 | 42,027 | 52,566 | 41,746 | 41,565 | 48,397 | 49,350 | 49,350 | 49,350 | 72,350 |
| Repairs & Maintenance | 3,130 | | | 11,468 | 7,648 | 5,199 | 3,984 | 8,242 | 13,027 | 7,299 | 25,619 | 37,469 | 7,469 |
| Condo Association Tax | | | | | | | | | 1,250 | | | | |
| Utilities Expenses | 37,262 | | | 59,522 | 24,225 | 58,384 | 31,693 | 43,451 | 6,863 | 39,000 | 46,000 | 34,400 | 40,000 |
| Condo Association Accountant | | | | | 7,000 | | | | 3,000 | 4,000 | | | |
| Real Estate Taxes | 260,813 | | | 183,691 | | | 350,033 | | 5,182 | | 240,754 | | |
| Construction Management Related Expenses | 125,633 | | | 22,606 | 33,813 | 36,659 | 28,340 | 24,344 | 79,135 | 33,600 | 31,200 | 33,600 | 30,000 |
| Con Ed Deposit and Unmetered Electric Invoice | | | | 20,265 | | | | | 88,931 | | | | |
| Relocation of flue | | | | | | | | | 38,896 | 10,000 | | | |
| Insurance | | | | 104 | | | | | | | | | |
| Broker | | | | | | | | | | | 320,000 | 110,000 | |
| Receiver and his professionals | | | | | 517,404 | | | | | | | | |
| Contingency | 3,093 | | | 109 | 150 | 177 | 165 | 131 | 36,175 | 5,000 | 5,000 | 5,000 | 5,000 |
| **Total Property Operating Expenses** | 493,115 | - | - | 371,874 | 645,120 | 166,062 | 478,592 | 139,310 | 329,539 | 170,909 | 734,183 | 309,229 | 173,479 |
| **Cumulative Property Level Expenses** | 493,115 | 493,115 | 493,115 | 864,989 | 1,510,109 | 1,676,171 | 2,154,763 | 2,294,073 | 2,623,612 | 2,794,521 | 3,528,704 | 3,837,933 | 4,011,412 |
| | | | | | | | | | | | | | |
| **PETITIONER RELATED EXPENSES** | Feb-11 | 3/3/2011 | 3/17/2011 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | | Sep-11 | Oct-11 | Nov-11 | Dec-11 |
| 421-a Legal - Seiden | | | | 4,430 | 3,200 | 2,683 | 706 | 1,041 | | 5,000 | 10,000 | 10,000 | 12,940 |
| Condo Attorney for Offering Plan | | | | | | | | | | 10,000 | | | |
| Creditor's Committee Fee | 41,777 | | 103,116 | 103,719 | 64,149 | 79,074 | 114,551 | 50,000 | | 50,000 | 50,000 | 50,000 | 50,000 |
| Senior Bankruptcy Officer | 39,775 | | 55,680 | 48,775 | 39,327 | 45,000 | 43,784 | 27,766 | | 45,000 | 45,000 | 45,000 | 45,000 |
| Debtors' Counsel | 113,287 | | 181,906 | 105,504 | 156,909 | 217,839 | 204,277 | 121,429 | | 220,000 | 250,000 | 250,000 | 250,000 |
| Debtors' real estate/tax counsel (proposed) | | | | | 5,000 | | 5,000 | 22,500 | | 50,000 | 50,000 | 50,000 | 50,000 |
| Debtors' Accountant | | | 5,350 | 5,000 | | | | | | | 20,000 | 12,500 | |
| US Trustee Fee | | | 2,600 | | 7,475 | | 7,475 | | | | 7,475 | | |
| Senior Bankruptcy Officer's Insurance Policy | | | 4,829 | | | | | | | | | | |
| Legal Publication Notices | | | 4,027 | | | | | | | 4,000 | | 4,000 | |
| US Management | | | | 29,250 | | 23,508 | 24,887 | 24,846 | | 25,000 | 25,000 | 25,000 | 25,000 |
| Statutory Representation for Four Debtors | | | | | | | 1,136 | | | | | 2,504 | |
| **Total Petitioner Related Expenses** | 194,839 | - | 357,508 | 267,428 | 305,310 | 368,104 | 401,816 | 247,582 | | 409,000 | 457,475 | 449,004 | 432,940 |
| **Cumulative Petitioner Related Expenses** | 194,839 | 194,839 | 552,347 | 819,775 | 1,125,084 | 1,493,188 | 1,895,004 | 2,142,586 | | 2,551,586 | 3,009,061 | 3,458,065 | 3,891,005 |
| | | | | | | | | | | | | | |
| **TOTAL DIP FINANCING-BY MONTH** | 194,839 | 493,115 | 357,508 | 639,302 | 950,430 | 534,166 | 880,408 | 386,892 | 329,539 | 579,909 | 1,191,658 | 758,233 | 606,419 |
| **ACCUMULATED TOTAL** | 194,839 | 687,954 | 1,045,462 | 1,684,764 | 2,635,193 | 3,169,359 | 4,049,767 | 4,436,659 | 4,766,198 | 5,346,107 | 6,537,765 | 7,295,998 | 7,902,417 |

### Notes

February through August represents actual expenses paid by Debtors as reported by Senior Bankruptcy Officer Monthly Reports

Sept-Dec Budget represents the New Condo Association Budget (where applicable) excluding window washing and adding cost of glass replacement in Oct.

Operating expense includes additional insurance premium payments in Sept, Nov and Dec to increase coverage from $100MM to $140MM

Construction Management Related Expenses includes Bovis at $30k/mo plus permit related charges (TCO, DOT, DOB)

$89,196 Con Ed unmetered invoice remains unresolved; new invoice just received that increased amount owed to $116,976

Owner is in the process of getting quotes for additional property/liability insurance and will add to budget once received and approved

Broker - fees ($400k) and expenses ($30k) estimated based on proposed engagement letter.

421-a Legal-Seiden represents actual expenses incurred but not necessarily funded thru July. 421a related fees capped at $50k. Not all fees related to 421a.

Condo Attorney for Offering Plan - no costs have been incurred; work projected to start in September

Creditor Committee Fee from Feb through July show actual time charges and expenses incurred in the month (but not necessarily approved/funded); Aug-Dec are budgets of accruals

Senior Bankruptcy fees from Feb through Aug show actual costs incurred in the month (but not necessarily funded). Funding has been made through Aug; Sept-Dec are budget of accruals. Retainer not reflected.

Debtors' Counsel fees from Feb through Aug show actual time charges and expenses incurred in the month (but not necessarily funded); Sept-Dec are budgets of accruals. Retainer not reflected.

Debtors' real estate/tax counsel pending application and approval. Retainer not reflected.

Debtors' Accountant shows actual costs incurred and paid through July; Aug-Dec are budgets of accruals ($5k bookkeeper, $50k tax accountants for 2008-2010)

US Trustee Fee shows actual costs incurred and paid through 2nd qtr 2011; projected payment in Oct is for 3rd qtr 2011.

Senior Bankruptcy Officer's Insurance Policy shows actual costs incurred and paid through Aug; Sept-Dec are budgets of accruals

Legal Publication Notices shows actual costs incurred in the month (but not necessarily funded). Funding has been made through Aug; Sept-Dec are budgets of accruals; initial term ended 8/31 and extension proposed.

US Management fees from Feb through Aug show actual costs incurred and paid through Aug - no additional expense is projected

Statutory rep $1,136 pro-rata post-petition expense thru 10/31/11; $2,506 annual payment due Nov.