# EXHIBIT A
## Amendment to Consulting Agreement

# FIRST AMENDMENT TO CONSULTING AGREEMENT

This first amendment, dated October 10, 2011, effective as of September 1, 2011 (the "Amendment"), to that certain Consulting Agreement, dated May 23, 2011, effective as of May 1, 2011 ("Agreement"), is made and entered into by and among by and among FKF MADISON GROUP OWNER LLC, SLAZER ENTERPRISES OWNER LLC, MADISON PARK GROUP OWNER LLC, and JMJS 23RD STREET REALTY OWNER LLC (collectively, "Debtors") and IJS MANAGEMENT LLC, a New York limited liability company (the "Consultant" and together with the Debtors, the "Parties").

## RECITALS

A. WHEREAS, on May 23, 2011, the Controlling Members and Consultant entered into the Agreement, which contained an initial term through and including August 31, 2011;

B. WHEREAS, the Controlling Members believe it is in the best interests of the Debtors to continue to retain the Consultant during the course of the Bankruptcy Matter;

D. WHEREAS, the Controlling Members and Consultant desire to amend the Agreement as set forth in this Amendment; and

E. WHEREAS, undefined capitalized terms used herein shall have the meanings ascribed to them in the Agreement.

NOW, THEREFORE, in consideration of the above Recitals and the mutual covenants herein contained, the parties agree that the Agreement shall be amended as follows:

Section 1. <u>Amendments to Agreement</u>. Except as otherwise expressly amended herein, all terms and conditions of the Agreement shall remain in full force and effect.

(a) <u>Amendment to Section 3.1</u>. Section 3.1 of the Agreement shall be amended in its entirety to read as follows:

**Compensation** – The Debtors shall pay to Consultant a monthly fee for services provided under this Agreement. The monthly fee for as long as this Agreement remains in effect shall be $20,000. The monthly compensation shall be paid in accordance with the Bankruptcy Court's Orders approving the Debtors' postpetition financing. Payments for September 2011 going forward shall commence as soon as practicable following the entry of an order by the Bankruptcy Court authorizing the Debtors' continued retention of Consultant. Subsequent payments shall be made on the first of the month following the month the services were provided.

(b) <u>Amendment to Section 4.1</u>. Section 4.1 of the Agreement shall be amended in its entirety to read as follows:

**Term** – This Amendment shall be effective as of September 1, 2011, and unless terminated pursuant to section 4.2 of the Agreement, shall continue in full force and effect through the effective date of a plan of reorganization for the Debtors. The term of this Agreement may be extended beyond such date by (i) written agreement of the Debtors and the Consultant, with reasonable notice to One Madison FM, LLC or its assigns and HFZ Capital Group LLC; or (ii) by order of the Bankruptcy Court.

Section 2. <u>Counterparts</u>. This Amendment may be executed by facsimile or other electronic signature or in counterparts, each of which shall be deemed an original, but all of which together shall constitute but one and the same agreement.

IN WITNESS WHEREOF, this Amendment is executed as of the date set forth above.

IJS MANAGEMENT LLC

By: _____
Title: Manager

FKF MADISON PARK GROUP OWNER LLC
SLAZER ENTERPRISES OWNER LLC
MADISON PARK GROUP OWNER LLC
JMJS 23RD STREET REALTY OWNER LLC

By: _____ John Forcelli
Title: President