# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FKF MADISON GROUP OWNER, LLC, *et al.*,[1] | ) Case No. 10-11867 (KG) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) Re: D.I. 703, 704 |

## ORDER SHORTENING NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING AND APPROVING THE CONTINUED RETENTION AND EMPLOYMENT OF IJS MANAGEMENT LLC AS THE DEBTORS' CONSULTANT *NUNC PRO TUNC* TO SEPTEMBER 1, 2011

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, pursuant to section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), shortening notice to allow the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Continued Retention and Employment of IJS Management LLC as the Debtors' Consultant Nunc Pro Tunc to September 1, 2011* (the "Consulting Motion") to be considered at the hearing scheduled for October 20, 2011 at 10:00 a.m. (ET); and due and sufficient notice of the Motion having been given; and it

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.

appearing that no other or further notice need be provided; and upon the record therein; and it appearing that the relief requested by the Motion is in the best interest of the Debtors' estates, the Debtors' creditors and other parties in interest in these cases; and the Court having determined that "cause" exists to shorten the notice period related to the Consulting Motion; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Consulting Motion will be considered at the hearing scheduled on **October 20, 2011 at 10:00 a.m. (Eastern Time).**

3. The objection deadline with respect to the Consulting Motion is **October 18, 2011 at 4:00 p.m. (Eastern Time).**

Dated: **OCTOBER 12**, 2011
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

4531368.1

2