IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON GROUP OWNER, LLC, *et al.*,[1] | ) | Case No. 10-11867 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 20, 2011 AT 9:00 A.M. (EASTERN TIME)[3]

CONTINUED/RESOLVED/WITHDRAWN MATTERS:

*The Wills Group Family Limited Partnership v. FKF Madison Group Owner LLC, et al. (Adv. Case No. 11-51661)*

1.  Complaint for Declaratory Judgment, Imposition of Constructive Trust and Other Relief Relating to Determination of Rights in Real Property; [for Damages and Constructive Trust Against Secured Creditor] and for Related Relief (Main Case D.I. 391, Adv. D.I. 1, Filed 3/31/11).

    Answer/Response Deadline: May 9, 2011 at 4:00 p.m. (Eastern Time), extended to November 3, 2011 for the Debtors and other defendants.

    Responses Received:

    (a)  Appendix to Opening Brief of Defendant SFI Belmont LLC, as Successor in Interest to iStar Tara LLC, in Support of its Motion to Dismiss Plaintiff's Adversary Proceeding Complaint (A.D.I. 5, Filed 5/9/11); and

    (b)  Opening Brief of Defendant SFI Belmont LLC, as Successor in Interest to iStar Tara LLC, in Support of its Motion to Dismiss Plaintiff's Adversary Proceeding Complaint [Re: A.D.I. 4 – Amended Image] (D.I. 6, Filed 5/12/11).

    Related Pleading:

    (a)  Notice of Completion of Service of Process (A.D.I. 3, Filed 4/26/11).

---

[1]  The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.

[2]  **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

[3]  The hearing will be held before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

Status: By the agreement of the parties, the pretrial conference is being continued to a date to be determined.

2. Motion Of 16 Madison Square Housing Corp. For Relief From The Automatic Stay (D.I. 460, Filed 5/24/11).

   Objection Deadline: June 7, 2011 at 4:00 p.m. (Eastern Time), extended to November 9, 2011 for the Debtors.

   Objections Received: None.

   Related Pleadings: None.

   Status: By agreement of the parties, this matter has been continued to the hearing scheduled for November 16, 2011 at 2:00 p.m. (Eastern Time).

*Stephen Kraus, Mitchell Kraus and Barbara Kraus v. FKF Madison Group Owner LLC, et al. (Adv. Case No. 11-52526)*

3. Complaint To Determine Extent Of Interest In Property And For Declaratory Relief In Connection Therewith (Main Case D.I. 554, Adv. D.I. 1, Filed 7/8/11).

   Answer/Response Deadline: August 15, 2011 at 4:00 p.m. (Eastern Time), extended to October 31, 2011 for the Debtors.

   Responses Received: None, as yet.

   Related Pleadings:

   (a) Summons And Notice Of Pretrial Conference In An Adversary Proceeding (A.D.I. 3, Filed 7/14/11); and

   (b) Notice Of Dispute Resolution Alternatives (A.D.I. 4, Filed 7/14/11).

   Status: By the agreement of the parties, the pretrial conference is being continued to a date to be determined.

4. Motion Of Creditor David Lipman For Relief From The Automatic Stay (D.I. 621, Filed 8/16/11).

   Objection Deadline: September 16, 2011 at 4:00 p.m. (Eastern Time), extended to September 23, 2011 for certain parties.

   Responses Received:

   (a) Objection Of SFI Belmont LLC, Successor In Interest To iStar Tara LLC, To Motion Of Creditor David Lipman For Relief From The Automatic Stay (D.I. 675, Filed 9/22/11);

(b) One Madison FM, LLC's Response In Opposition To The Motion Of David Lipman For Relief From The Automatic Stay (D.I. 678, Filed 9/23/11);

(c) Debtors' Preliminary Objection To Motion Of Creditor David Lipman For Relief From The Automatic Stay (D.I. 680, Filed 9/23/11); and

(d) HFZ Capital Group, LLC's Joinder In Objections To The Motion Of David Lipman For Relief From The Automatic Stay (D.I. 681, Filed 9/23/11).

Related Pleadings:

(a) Declaration Of Judd Burstein, Esq. In Support Of The Motion Of Creditor David Lipman For Relief From The Automatic Stay (D.I. 622, Filed 8/16/11); and

(b) Debtors' First Request For The Production of Documents, First Set of Interrogatories, and First Request for Admissions Directed to David Lipman.

Status: By agreement of the parties, this matter has been continued to the hearing scheduled for December 20, 2011 at 11:00 a.m. (Eastern Time).

UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION (C.N.O.):

5. Debtors' Application For Entry Of An Order Authorizing The Employment And Retention Of Windels Marx Lane & Mittendorf, LLP As Special Counsel For The Debtors *Nunc Pro Tunc* To August 21, 2011 (D.I. 670, Filed 9/20/11).

Objection Deadline: October 4, 2011 at 4:00 p.m. (Eastern Time).

Responses Received: None.

Related Pleadings:

(a) C.N.O. [Re: D.I. 670] (D.I. 702, Filed 10/6/11); and

(b) Proposed Form Of Order.

Status: No objections have been received and a certificate of no objection has been filed with the Court.

UNCONTESTED MATTER GOING FORWARD:

6. Debtors' Motion for Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) Authorizing And Approving The Continued Retention And Employment Of IJS Management LLC As The Debtors' Consultant *Nunc Pro Tunc* To September 1, 2011 (D.I. 703, Filed 10/10/11).

Objection Deadline: October 18, 2011 at 4:00 p.m. (Eastern Time), extended to October 19, 2011 at **2:30 p.m.** (Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Received:

**(a) Objection To Debtors' Motion For Entry Of An Order Pursuant to 11 U.S.C. §§ 105(a) And 363(b) Authorizing And Approving The Continued Retention And Employment Of IJS Management LLC As The Debtors' Consultant *Nunc Pro Tunc* To September 1, 2011 (D.I. 734, Filed 10/18/11).**

Related Pleadings:

(a) Debtors' Motion For An Order Shortening Notice Of Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) Authorizing And Approving The Continued Retention And Employment Of IJS Management LLC As The Debtors' Consultant *Nunc Pro Tunc* To September 1, 2011 (D.I. 704, Filed 10/10/11); and

(b) Order Shortening Notice Of Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(a) And 363(b) Authorizing And Approving The Continued Retention And Employment Of IJS Management LLC As The Debtors' Consultant *Nunc Pro Tunc* To September 1, 2011 (D.I. 706, Entered 10/12/11).

Status: This matter is going forward.

## CONTESTED MATTERS GOING FORWARD:

7. Debtors' Motion Pursuant To 11 U.S.C. §§ 105(a) And 363(b) And Fed. R. Bankr. P. 9019 For An Order Approving The Settlement And Release By The Debtors, One Madison FM, LLC And HFZ Capital Group, LLC (D.I. 685, Filed 9/29/11).

   Objection Deadline: October 13, 2011 at 4:00 p.m. (Eastern Time), extended to October 14, 2011 for the Wills Group Family Limited Partnership, Stephen Kraus, and Barbara and Mitchell Kraus and extended to October 19, 2011 at **2:30 p.m.** (Eastern Time) for the Official Committee of Unsecured Creditors.

   Responses Received:

   (a) Objection To Debtors' Motion For An Order Approving The Settlement And Release By And Among The Debtors, One Madison FM, LLC And HFZ Capital Group, LLC filed by David Lipman (D.I. 707, Filed 10/13/11);

   (b) Rance Masheck's And Tim Lin's Objection To The Debtors' Motion Pursuant To 11 U.S.C. §§ 105(a) And 363(b) And Fed. R. Bankr. P. 9019 For An Order Approving The Settlement And Release By And Among The Debtors, One Madison FM, LLC And HFZ Capital Group, LLC (D.I. 710, Filed 10/13/11); and

   (c) Objection Of Wills Group Family Limited Partnership To The Debtors' Motions To Approve (i) A Settlement With One Madison FM, LLC And HFZ Capital Group LLC, And (ii) Bid Procedures For Competing Plan Proposals (D.I. 720, Filed 10/14/11).

<u>Related Pleadings</u>: None.

<u>Status</u>: This matter is going forward.

8. Joint Motion Of The Debtors And One Madison FM, LLC For An Order Approving Bid Procedures For Submitting Competing Plan Proposals (D.I. 686, Filed 9/29/11).

   <u>Objection Deadline</u>: October 13, 2011 at 4:00 p.m. (Eastern Time), extended to October 14, 2011 for the Wills Group Family Limited Partnership, Stephen Kraus, and Barbara and Mitchell Kraus and extended to October 19, 2011 at **2:30 p.m.** (Eastern Time) for the Official Committee of Unsecured Creditors.

   <u>Responses Received</u>:

   (a) Rance Masheck's And Tim Lin's Objection To The Joint Motion Of The Debtors And One Madison FM, LLC For An Order Approving Bid Procedures For Submitting Competing Plan Proposals (D.I. 708, Filed 10/13/11);

   (b) Objection To The Joint Motion Of The Debtors And One Madison FM, LLC For An Order Approving Bid Procedures For Submitting Competing Plan Proposals filed by David Lipman (D.I. 709, Filed 10/13/11);

   (c) Mad 52, LLC's Limited Objection And Reservation Of Rights In Response To Joint Motion For An Order Approving Bid Procedures For Submitting Plan Proposals (D.I. 712, Filed 10/13/11); and

   (d) Objection Of Wills Group Family Limited Partnership To The Debtors' Motions To Approve (i) A Settlement With One Madison FM, LLC And HFZ Capital Group LLC, And (ii) Bid Procedures For Competing Plan Proposals (D.I. 720, Filed 10/14/11).

   <u>Related Pleadings</u>: None.

   <u>Status</u>: This matter is going forward.

9. Debtors' Motion For Entry Of An Order Pursuant To 11 U.S.C. § 1121(d) Further Extending The Exclusive Periods During Which Only The Debtors May File A Chapter 11 Plan And Solicit Acceptances Thereof (D.I. 687, Filed 9/30/11).

   <u>Objection Deadline</u>: October 13, 2011 at 4:00 p.m. (Eastern Time), extended to October 19, 2011 at **2:30 p.m.** (Eastern Time) for the Official Committee of Unsecured Creditors.

   <u>Responses Received</u>: Informal comments received from One Madison FM, LLC.

   <u>Related Pleadings</u>: None.

   <u>Status</u>: This matter is going forward.

**ADDITIONAL CONTINUED MATTER:**

*Rance Masheck & Tim Lin v. FKF Madison Group Owner LLC, et al. (Adv. Case No. 11-53147).*

10.  **Complaint Of Rance Masheck And Tim Lin For Declaratory Judgment, Imposition Of Constructive Trust, Demand For Equitable Marshalling And Request For Equitable Subordination And Other Relief Relating To Determination Of Rights In Real Property  (Main Case D.I. 642, Adv. D.I. 1, Filed 8/26/11).**

    **Answer/Response Deadline:**  **September 29, 2011 at 4:00 p.m. (Eastern Time), extended for the Debtors.**

    **Responses Received:**  **None, as yet.**

    **Related Pleadings:**

    (a)  **Summons And Notice Of Pretrial Conference In An Adversary Proceeding (A.D.I. 3 through 9, Filed 9/1/11); and**

    (b)  **Notice Of Dispute Resolution Alternatives (A.D.I. 10, Filed 9/1/11).**

    **Status:**  **By agreement of the parties, the pretrial in this matter has been continued to the hearing scheduled for November 16, 2011 at 2:00 p.m. (Eastern Time).**

Dated: October 19, 2011  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____/s/ *Erin R. Fay*_____
Derek C. Abbott (Bar No. 3376)
Daniel B. Butz (Bar No. 4227)
Erin R. Fay (Bar No. 5268)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
           dbutz@mnat.com
           efay@mnat.com

*Counsel to Debtors and Debtors in Possession*

4549842.1