# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | FKF Madison Group Owner LLC, et al. | | |
| **Case Number:** | 10-11867-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 20, 2011 09:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matters:*

**1)** OMNIBUS HEARING
   **R / M #:**   738 / 0

**2)  ADV: 1-11-53147**
   **RANCE MASHECK vs FKF Madison Group Owner LLC**
   Pretrial Conference
   **R / M #:**   11 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  A-11-51661 This matter is continued to date TBD
#2 - This matter is continued to 11/16/11 @ 2:00 pm
#3 - A-11-52526 This matter is continued to date TBD
#4 - This matter is continued to hearing on 12/20/11 @ 11:00 a.m.
#5 - CNO Filed and Order Signed
#6 -  Motion Denied - Order Signed
#7 -  Matter taken under advisement
#8 -  Judge Gross has taken this matter under condsideration
#9 - ORDER SIGNED
#10 - A-11-53147 - This matter is continued to hearing on 11/16/11 @ 2:00 pm