IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FKF MADISON GROUP OWNER, LLC, et al.[1] | ) Case No. 10-11867 (KG) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: D.I. 703** |

**ORDER DENYING DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) FOR AN ORDER AUTHORIZING AND APPROVING THE CONTINUED RETENTION AND EMPLOYMENT OF IJS MANAGEMENT LLC AS THE DEBTORS' CONSULTANT *NUNC PRO TUNC* TO SEPTEMBER 1, 2011**

Upon the Motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order pursuant to sections 105(a) and 363(b) authorizing the continued employment and retention of IJS Management LLC ("IJS") as the Debtors' consultant *nunc pro tunc* to September 1, 2011; and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §157(b)(2)(A); and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, the Motion is DENIED.

Dated: October 20, 2011
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, followed by the last four digits of their tax identification numbers, are as follows: FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339). The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.

[2] Capitalized terms used herein as defined terms and not otherwise defined shall have those meanings ascribed to them in the Motion.