ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN
P. BRADFORD deLEEUW

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

October 21, 2011

**VIA CM/ECF AND**
**HAND DELIVERY**

The Honorable Kevin Gross
U.S. Bankruptcy Court
For the District of Delaware
824 N. Market Street
Wilmington, Delaware 19801

    Re:    **In re FKF Madison Park Group Owner LLC, et al.**
            **Del. Bankr., Case No. 10-11867 (KG)**

Dear Judge Gross:

    Following up at my undertaking at yesterday's hearing, I am delivering herewith a copy of the Declaration of Judd Burstein, Esquire in Support of the Motion of Creditor David Lipman for Relief from Automatic Stay, with exhibits, which appears on the Docket as No. 622.

    Respectfully,

    Norman M. Monhait (#1040)

NMM:mst
Enclosures

cc:    All Parties by CM/ECF