# CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq., of POLSINELLI SHUGHART, hereby certify that on the 18th day of November, 2011, I caused to be served a copy of the **Seventh Monthly Application of Perkins Coie LLP, as Attorneys for the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2011 through September 30, 2011** upon the parties listed below in the manner indicated.

## VIA FIRST CLASS US MAIL AND/OR INTERNATIONAL MAIL

Green Bridge Capital S.A.
c/o ATTC S.A.M.
7 Avenue de Grande Bretagne
Monaco 98000, Monaco
Attn: Cevdet Caner

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Attn: Derek C. Abbott, Esq.

Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
Attn: Jeff J. Friedman, Esq.

Cohen Tauber Spievack & Wagner, P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170
Attn: Joseph M. Vann, Esq.

Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Attn: Jane Leamy, Esq.


                                        */s/ Christopher A. Ward*
                                        Christopher A. Ward (Del. Bar No. 3877)