IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FKF MADISON GROUP OWNER, LLC, *et al.*,[1] | ) | Case No. 10-11867 (KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | RE:  819 |

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED,** that the following omnibus hearings have been

scheduled in the above-referenced cases:

| DATE | TIME |
|---|---|
| January 18, 2012 | 3:00 p.m. (Eastern Time) |
| February 24, 2012 | 10:00 a.m. (Eastern Time) |
| March 20, 2012 | 2:30 p.m. (Eastern Time) |
| April 20, 2012 | 10:00 a.m. (Eastern Time) |
| May 22, 2012 | 11:00 a.m. (Eastern Time) |
| June 19, 2012 | 10:00 a.m. (Eastern Time) |

Dated: Wilmington, Delaware
        *November 18*, 2011

_____
THE HONORABLE KEVIN GROSS, CHIEF
UNITED STATES BANKRUPTCY JUDGE

4083096.2

---

[1]  The Debtors, followed by the last four digits of their tax identification numbers, are as follows:  FKF Madison Group Owner LLC (6399); JMJS 23rd Street Realty Owner LLC (6651); Madison Park Group Owner LLC (3701); and Slazer Enterprises Owner LLC (4339).  The Debtors' mailing address is P.O. Box 49249, Charlotte, NC, 28277.