IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FKF MADISON PARK GROUP OWNER, LLC, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 10-11867 (KG)<br><br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Paul A. Rubin, Esquire of Herrick, Feinstein LLP, to represent McDonald's Corporation in the above-referenced bankruptcy case.

Dated: December 16, 2011
      Wilmington, Delaware

                                      THE ROSNER LAW GROUP LLC

                                      */s/ Frederick B. Rosner*
                                      Frederick B. Rosner (DE 3995)
                                      Scott J. Leonhardt (DE 4885)
                                      Julia B. Klein (DE 5189)
                                      824 Market Street, Suite 810
                                      Wilmington, DE 19801
                                      Tel.: (302) 777-1111
                                      leonhardt@teamrosner.com
                                      klein@teamrosner.com

{00008423. }

Docket No. 897
Date: 12/14/11

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and New Jersey, the Western, Southern and Eastern Districts of New York, U.S. District Court of New Jersey and the U.S. Court of Appeals in the 2nd and 7th Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Paul A. Rubin*
Paul A. Rubin, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
(212) 592-1448
prubin@herrick.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: December 19, 2011

_____
Honorable Kevin Gross
United States Bankruptcy Judge

{00008423.}